UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CIOX HEALTH, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:18-cv-00040 (APM) |
| | ) |
| ALEX M. AZAR II, Secretary of Health and Human Services, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**CONSENT MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Defendants Alex M. Azar II, Secretary of Health and Human Services, *et al.*, move for a two-week extension of time to answer or otherwise respond to the Complaint filed by Plaintiff Ciox Health, LLC. ECF No. 1. The parties have agreed to enter into discussions that will potentially resolve the case without further litigation, and Plaintiff has consented to the extension request. Thus, good cause exists to grant Defendants' request.

Defendants' current deadline to answer or otherwise respond to the Complaint is Monday, March 19, 2018. Therefore, Defendants ask for the deadline to be extended to Monday, April 2, 2018.

Dated: March 9, 2018

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

JESSIE K. LIU
United States Attorney

JOEL McELVAIN
Assistant Director

/s/ *Vinita B. Andrapalliyal*

Vinita B. Andrapalliyal
Trial Attorney
United States Department of Justice
Civil Division
Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Tel: (202) 305-0845
vinita.b.andrapalliyal@usdoj.gov

*Counsel for Defendants*