UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CIOX HEALTH, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:18-cv-00040 (APM) |
| | ) | |
| ALEX M. AZAR II, Secretary of Health | ) | |
| and Human Services, *et al*., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DEFENDANTS' MOTION TO DISMISS

In accordance with Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendants Alex M. Azar II, Secretary of Health and Human Services, *et al.*, respectfully move to dismiss Plaintiff's Complaint. In support of this Motion, Defendants respectfully refer the Court to the attached Memorandum of Points and Authorities and Proposed Order.

Dated: April 2, 2018

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

JESSIE K. LIU
United States Attorney

JOEL McELVAIN
Assistant Director

/s/ *Vinita B. Andrapalliyal*
Vinita B. Andrapalliyal
Trial Attorney
United States Department of Justice
Civil Division
Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Tel: (202) 305-0845
vinita.b.andrapalliyal@usdoj.gov

*Counsel for Defendants*