UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CIOX HEALTH, LLC,       ) <br> ) <br> Plaintiff,    ) <br> ) <br> v.           ) <br> ) <br> ALEX M. AZAR II, Secretary of Health ) <br> and Human Services, *et al.*,   ) <br> ) <br> Defendants.    ) <br> ) | Case No. 1:18-cv-00040 (APM) |

### **[PROPOSED] ORDER**

The Court having considered Defendants' Motion to Dismiss and the parties' submissions relating thereto, it is hereby

ORDERED that the Motion is GRANTED. It is further

ORDERED that the Complaint is DISMISSED.

                                                                                        SO ORDERED.

_____                                   _____
Date                                                                                        Amit P. Mehta
                                                                                        United States District Judge