IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

```
CIOX HEALTH, LLC,                   )
                                    )
          Plaintiff,                )
                                    )   CA No. 18-40
       vs.                          )   Washington, D.C.
                                    )   April 10, 2019
ERIC D. HARGAN, ET AL.,             )   12:00 p.m.
                                    )
          Defendants.               )
_____)
```

TRANSCRIPT OF ORAL ARGUMENT PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Plaintiff:          Jay P. Lefkowitz
                            Gilad Bendheim
                            KIRKLAND & ELLIS LLP
                            601 Lexington Avenue
                            Suite 35th Floor
                            New York, NY 10022
                            (212) 446-4970
                            lefkowitz@kirkland.com


For the Defendants:         Vinita B. Andrapalliyal
                            U.S. DEPARTMENT OF JUSTICE
                            Civil Division,
                            Federal Programs Branch
                            1100 L Street, NW
                            Washington, D.C. 20005
                            (202) 305-0845
                           vinita.b.andrapalliyal@usdoj.gov

APPEARANCES CONTINUED


Court Reporter:                    William P. Zaremba
                                   Registered Merit Reporter
                                   Certified Realtime Reporter
                                   Official Court Reporter
                                   U.S. Courthouse
                                   333 Constitution Avenue, NW
                                   Room 6511
                                   Washington, D.C. 20001
                                   (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

```
1                      P R O C E E D I N G S
2              DEPUTY CLERK:  All rise.  The Honorable Amit P.
3    Mehta again presiding.  Please be seated and come to order.
4              THE COURT:  Please be seated, everyone.
5              DEPUTY CLERK:  Your Honor, this is Civil Action
6    18-40 Ciox Health, LLC, versus Eric D. Hargan, et al.
7              Jay Lefkowitz and Gilad Bendheim for the
8    plaintiff.
9              Vinita Andrapalliyal for the defendants.
10             THE COURT:  All right, Counsel.  Good afternoon to
11   all of you.
12             First, thank you for accommodating timing of this
13   hearing.
14             And I apologize it has taken so long to get us to
15   this point, including the unfortunate government shutdown
16   causing the delay.  But we're here now on the motion to
17   dismiss and the cross-motions for summary judgment.
18             I'd like to proceed in the following way, if
19   everybody is amenable to it, which is:  I'd like to start
20   with the 2016 guidance and the standing issues concerning
21   the 2016 guidance and then the merits issue on the 2016
22   guidance.  And then revert to the 2013 privacy rule, the
23   aspect of the privacy rule that's being challenged, and the
24   standing and substantive issues of that rule.
25             So with that, let me turn to Ms. Andrapalliyal.
```

 1                And since it's the government's motion to dismiss,

 2     we'll start there.

 3                MS. ANDRAPALLIYAL:   Good afternoon, Your Honor.

 4     Vinita Andrapalliyal on behalf of defendants.

 5                Your Honor, Ciox's claims have multiple defects.

 6                And as with respect to the guidance, as a

 7     threshold matter, the guidance does not arise to final

 8     agency action subject to APA review.   The guidance is a

 9     statement of general policy or, at most, interpretive

10     guidance.

11                And so I'll take you through the three challenged

12     portions of the guidance and explain why it doesn't amount

13     to final agency action, and, for similar reasons, why it's

14     not subject to notice-and-comment requirements, and then

15     sort of talk about the merits as well on

16     arbitrary-and-capricious claim.

17                THE COURT:   Can I actually ask you to address or

18     start somewhere else?

19                Which is what I'm most -- particularly interested

20     in, which is -- I want to make sure I understand the

21     agency's position, which is that the -- at least as

22     I understand it, that when the regulations provide that

23     business associates are subject to the use and disclosure

24     provisions of the Privacy Rule.

25                That does not mean they are subject to the fees

1  provisions of the Privacy Rule.  Is that a fair summary of

2  your position?

3          MS. ANDRAPALLIYAL:  Your Honor, while there are

4  certain regulations governing the contracts the business

5  associate agreements entered into between covered entities

6  and business associates, the amount of compensation that a

7  business associate receives for acting on behalf of a

8  covered entity is not regulated.

9          THE COURT:  So just to be clear then -- I've got

10 lots of these regulations, I need to make sure I pull out

11 the right one -- 45 C.F.R. 164.504, this is the regulation

12 that's titled "Uses and disclosures:  Organizational

13 requirements."

14         Subsection (e) of that regulation, particularly

15 (e)(2), lists a whole host of requirements that must be

16 included in a contract between a covered entity and a

17 business associate.

18         Agency's position is, for example, when the

19 regulation states that the contract must provide that the

20 business associate must make available protected health

21 information in accordance with 164.524, which is the Privacy

22 Rule, that that doesn't extend to fees.

23         MS. ANDRAPALLIYAL:  Yes, Your Honor.

24         While -- you know, covered entities are not

25 allowed to charge an individual more than a reasonable

1   cost-based fee under Section 164.524.

2           And, you know, business associate is considered to

3   be acting as the agent of a covered entity when fulfilling

4   those requests on behalf of the covered entity.

5           If a business associate charges an individual in

6   excess of a reasonable cost-based fee, as we can see from

7   the letter attached to plaintiff's complaint, HHS would

8   contact the covered entity in that case, and it's the

9   covered entity's responsibility to comply with that fee

10  provision.

11          THE COURT:  Okay.  I'm going to get to that in a

12  moment.

13          So there's also another provision in here that

14  Ciox points out:  To the extent the business associate is to

15  carry out the covered entity's obligations under this

16  subpart, it must comply with the requirements of the subpart

17  that apply to the covered entity in the performance of such

18  obligation.

19          That, too, in your view, does not extend to the

20  charging of fees.

21          MS. ANDRAPALLIYAL:  Your Honor, while a covered --

22  while a business associate cannot sort of -- you know, those

23  regulations are designed to ensure that a covered entity, by

24  outsourcing this responsibility to a business associate,

25  cannot circumvent the requirements of Section 164.524.

1              But in terms of the compensation that a covered
2    entity receives for doing so, that's not regulated.
3              And as far as enforcement --
4              THE COURT:  So in your view -- just to be clear:
5    Ciox, when it negotiates its contracts with the covered
6    entities for whom it provides services, could say to the
7    covered entity, we're going to charge you 1.5x, 1.5 times
8    the covered rate for each individual patient request.
9    In your view, that would be acceptable?
10             MS. ANDRAPALLIYAL:  Just so I understand, you're
11   talking about a business associate talking to a covered
12   entity about charging the entity?
13             THE COURT:  Correct.
14             And however -- the logistics in terms of who
15   collects the fees and who charges the fees, I understand.
16             In your view, the hospital, say, for example, can
17   charge the individual a patient rate, correct?
18             MS. ANDRAPALLIYAL:  A reasonable cost-based fee.
19             THE COURT:  Right.  We'll just call it -- I'll
20   just call it, generally, the patient rate.
21             But Ciox, if it's been subcontracted to do what
22   the hospital has been asked to do by the patient, in your
23   view, Ciox could charge the hospital one and a half times or
24   two and a half times or two times whatever the patient rate,
25   in your view, and that would not run afoul of these

1    regulations?

2              MS. ANDRAPALLIYAL:  Exactly, Your Honor.

3              The regulations are designed to protect

4    individuals and the rates that are charged individuals for

5    requesting and receiving copies.

6              THE COURT:  So the government's position is that,

7    for example, when, in the letter that was recently sent

8    to -- bear with me, sorry.

9              This was the letter that Ciox received and that

10   they attached to ECF 29, which was their notice and request

11   for oral argument, in which the agency asserted specifically

12   that, "Complainant alleges that when an individual makes a

13   request through Ciox for his or her medical records to be

14   directed to a third party, for example, a law firm, Ciox

15   routinely charges fees that are not compliant with C.F.R.

16   164.524(c)(4)."

17             In your view, that is an inaccurate statement?

18             MS. ANDRAPALLIYAL:  Yes, Your Honor.

19             And as we stated in our subsequent filing, that

20   letter was issued in error on the mistaken premise by a

21   field employee that Ciox was a covered entity.

22             And HHS subsequently reached out to Ciox and

23   cleared up the error and closed the case, because, you know,

24   as a business associate, it's not subject to enforcement

25   under 164.524.

1          THE COURT:  And do you have an understanding of

2     whether -- how this works as a practical matter?

3          And maybe I ought to direct the question to

4     plaintiff's counsel, but:  Do patients come to Ciox and say,

5     hey, give me my medical records?  In which case, Ciox is

6     responsible for billing and collecting.  Or do they go to

7     the hospital, the hospital turns to Ciox, the hospital

8     bills.

9          And maybe it just differs depending upon the

10    contract, but do you have a sense of how all that works?

11         MS. ANDRAPALLIYAL:  My understanding is that it

12    differs, Your Honor.

13         But if -- usually, I think, a patient would reach

14    out to his or her healthcare provider, health plan for that

15    information and that request would be forwarded on to a

16    business associate.

17         And the HITECH Act of 2009 did differentiate

18    between individual requests for PHI that were sent to

19    covered entity, versus requests made to business associates.

20    That's 42 U.S.C. Section 17935(e).

21         You know, (e)(2) talks about individual requests

22    to business associates for access to or copies of protected

23    health information about the individual.

24         And under this particular statute, my

25    understanding is that subsequent statutes, that 21st Century

1    Cures Act may have changed this.  But at the time, when a

2    request was directed specifically to a business associate,

3    the business associate was permitted to respond but was not

4    required to respond and be subject to this framework.

5                THE COURT:  So this was just something I was

6    trying to understand?

7                So say, for instance, a patient, an individual

8    comes directly to the business associate and says, I'd like

9    my medical records or I'd like you to direct them to a law

10   firm, Ciox could charge them what I'm calling the patient

11   rate, right?  That's all they could charge the individual?

12               MS. ANDRAPALLIYAL:  So...

13               THE COURT:  But it sounds like you're telling me

14   they could then turn around to the service provider --

15   I'm sorry, to the covered entity and say, you know what, you

16   owe us a little extra money, because, under our agreement,

17   we're -- in terms of filling this service, providing the

18   medical records, we can charge more than the patient rate,

19   even though the individual has come to us directly.

20               MS. ANDRAPALLIYAL:  So, Your Honor, my

21   understanding is that if an individual, under the

22   HITECH Act, under 42 U.S.C. 17935, if an individual

23   approached a business associate directly, that the business

24   associate was permitted to respond to that request, but,

25   under this framework, was not required to charge on -- sort

1   of -- was not subject to the fee limitation; rather, it was

2   a request sent to covered entities that were forwarded on to

3   business associates that were suggested to that.

4           THE COURT:  You don't mean to say that if an

5   individual came directly to Ciox, that Ciox could charge the

6   individual more than the patient rate?

7           That's not your position, is it?

8           MS. ANDRAPALLIYAL:  My understanding of the

9   HITECH Act --

10          THE COURT:  In other words, the fee can't depend

11  on whether they go to the covered entity or Ciox in the

12  first instance, I wouldn't think.

13          MS. ANDRAPALLIYAL:  Your Honor, do you mind if I

14  consult with my colleague for just a moment?

15          THE COURT:  Sure.

16          MS. ANDRAPALLIYAL:  Thank you.

17          (Defense counsel conferred off the record.)

18          MS. ANDRAPALLIYAL:  Yes, Your Honor, that's

19  correct.  It doesn't matter if the individual is approaching

20  the business associate directly or not, the fee limitation

21  would apply.

22          But as you're saying and sort of as essential to

23  our argument, a business associate could still recoup costs

24  in excess of that reasonable cost-based-fee limitation by

25  going to --

1          THE COURT:  In your view, a profit.

2          In other words, the regulations are limited just

3   to what you all have defined as, I guess, labor, that's

4   reasonable, whatever that covers.

5          But in your view, Ciox could say, look, we're

6   going to charge that, plus some percentage that we are going

7   to take as profit, so long as that's part of the contract,

8   and HHS would have no problem with that.

9          MS. ANDRAPALLIYAL:  Absolutely, Your Honor.

10          That fee negotiation between a covered entity and

11   a business associate is not regulated by Ciox, and that's

12   simply not something that we look at, we regulate, we

13   enforce.

14          THE COURT:  So is the industry under a

15   misimpression?

16          I mean, the whole -- at least with respect to the

17   2016 guidance, the whole reason we're here is because the

18   industry seems to believe that their fee structure with the

19   service provider is somehow tied to or regulated to or bound

20   by the regulations?  And you're telling me that's not just

21   accurate, they are under a misimpression?

22          MS. ANDRAPALLIYAL:  Well, Your Honor, I'll let

23   plaintiff speak for themselves but what I can tell you is

24   that any economic injury they're asserting, you know, as a

25   result of the guidance simply is not, in our view, as a

1   result of the guidance.

2          That fee limitation pertains to covered entities

3   and individual requests.  But if --

4          THE COURT:  And can you tell me why the agency

5   takes that position?  What's the textual basis for that?

6          I mean, in other words, you've suggested that I

7   owe you deference in terms of this position, because, as far

8   as I can tell, there's no statute or regulation that is

9   clear on the subject, unless you tell me I'm wrong.  I mean,

10  I don't see anything that sort of says expressly the

11  position you've just articulated.

12          So what statute -- you know, if I'm writing this

13  opinion and I'm supposed to afford you either *Chevron* or

14  *Auer* deference, what language am I supposed to defer to?

15  Is it the use-and-disclosure language and the way the agency

16  interprets "use and disclosure" to not reach fees?

17          MS. ANDRAPALLIYAL:  So, Your Honor, there is that

18  provision.

19          There's also 45 C.F.R. 160.402(c), and that is the

20  regulatory provision explaining that covered entities are

21  liable for the acts taken by their agents.

22          THE COURT:  See, that's the problem.  I mean,

23  I wouldn't hang your hat on that, because you cited me

24  (c)(1), which talks about a covered entity is liable.

25          There's also a (c)(2) that says, "The business

1    associate is liable, in accordance with the federal common

2    law of agency for civil money penalty for a violation based

3    on an act or omission of an agent of the business associate,

4    including a workforce member, which is defined as somebody

5    who's an employee or a subcontractor --

6                MS. ANDRAPALLIYAL:  Right.

7                THE COURT:  -- acting within the scope of the

8    agency."

9                MS. ANDRAPALLIYAL:  Yes.

10               THE COURT:  So that's not going to get you there.

11               MS. ANDRAPALLIYAL:  Well, let me explain.

12               There are certain -- HHS does directly regulate

13   business associates in some respects, and that regulation is

14   supposed to reach acts taken by the business associate's

15   agents in fulfilling the business associate's direct

16   responsibility under HIPAA.

17               THE COURT:  Right.

18               But your view is as to the matters that they are

19   subject to regulation.

20               And, again, I'm a broken record, but in your view,

21   they are not subject to regulation with respect to the

22   patient rate and any other fee structure that is imposed by

23   the regulations.

24               MS. ANDRAPALLIYAL:  Yes, as far as the amount of

25   money they can receive from the covered entity for

1    performing services.

2              And I'd also point you, Your Honor, to 78 Fed Reg.

3    5591 and -92, preamble to the 2013 modifications to the

4    Privacy Rule, and that sets out --

5              THE COURT:  I'm sorry, can you --

6              MS. ANDRAPALLIYAL:  Yes, of course.

7              THE COURT:  -- pause for a second, because I want

8    to put my hands on what you're referring to.

9              Sorry, 78 what?

10             MS. ANDRAPALLIYAL:  78 Fed Reg. 5591 and -92.

11             THE COURT:  Okay.  I don't have that page.

12             I only printed out the pages that I thought were

13   pertinent.  It's a long Federal Register.

14             MS. ANDRAPALLIYAL:  It is, Your Honor.

15             And that sets out HHS's understanding of what --

16             THE COURT:  So it's 5591 and -92, you said?

17             MS. ANDRAPALLIYAL:  Exactly.

18             What business associates are directly liable for.

19             But if I could take a step back, Your Honor.

20             We're making these arguments on the -- sort of

21   under the chapeau of standing.

22             And so we're saying that any economic injury is

23   sort of inflicted by covered entities onto business

24   associates and not the regulation itself.

25             But as far as enforcement action is concerned,

1   HHS has never enforced this particular regulation against a

2   business associate.

3         We've explained why that letter that Ciox received

4   at the end of November was issued in error.

5         And so there's simply no evidence that these

6   regulations are being enforced against business associates.

7         And so for that reason, their claimed injuries are

8   sort of speculative, to the extent that they're tiny.

9         THE COURT:  Which is why I'm spending so much time

10  on the issue.

11        One more question about something the agency has

12  written.

13        2016 guidance, page 15.  I don't know if you have

14  it in front of you, but I'll read it to you.

15        The question was posed:  "Is $6.50 the maximum

16  amount that can be charged to provide individuals with a

17  copy of their PHI?"

18        The answer is:  "No.  For any request from an

19  individual, a covered entity (or business associate

20  operating on its behalf) may calculate the allowable fees

21  for providing individuals," et cetera, et cetera.

22        That parenthetical "or business associate

23  operating on its behalf," that, too, should not be read to

24  mean that the agency is limiting the fees that Cioxes of the

25  world can charge the covered entities.

1          MS. ANDRAPALLIYAL:   Correct, Your Honor.

2          This is all about what can be charged to the

3   individual and not overall compensation for providing these

4   services from a covered entity.

5          THE COURT:   Okay.

6          MS. ANDRAPALLIYAL:   So, Your Honor, if I may, just

7   to kind of run through the arguments as they pertain

8   specifically to the guidance, setting aside standing, which

9   I believe we've discussed, the guidance also doesn't amount

10  to final agency action.

11          So even if this Court found that there were

12  standing, it would have to dismiss under 12(b)(6), and

13  that's because none of the challenged portions of the

14  guidance create a new substantive requirement or sort of

15  legal consequence just stemming from the guidance itself.

16          The challenged portions just simply explain what

17  the rule requires and provides additional explanation.

18          THE COURT:   I will confess to you that I find the

19  whole area of final agency action to be very murky, and, in

20  fact -- anyway.  So I find it very difficult to understand

21  where sometimes the Circuit has drawn lines.

22          So if there is a case that you think is most

23  analogous to this one, from the Circuit, from the

24  Supreme Court, frankly, any District Court in this

25  jurisdiction, what would that case be?

1      MS. ANDRAPALLIYAL:  Your Honor, do you mind, if I

2  grab my paperwork?

3      THE COURT:  Sure, because my -- look, I know what

4  the principles are; I know what the -- here are some of the

5  indicia I consider, blah, blah, blah.  But you can take a

6  particular indicia and you can find a case that goes both

7  directions.

8      For example, the absence of any limiting language

9  here.  You all say, well, that's not a big deal.  They say,

10  well, how are we supposed to know what's not required when

11  there's no waiver language or limiting language in the

12  guidance?  Which we often see in these types of Q&As.

13  There's often some disclaimer that says, this is not a final

14  agency determination, but blah, blah, blah.  There's nothing

15  like that in here.

16      MS. ANDRAPALLIYAL:  There's not, Your Honor.

17      But if you do read through the FAQ, it's clear

18  that HHS is simply explaining what is already in the Privacy

19  Rule.  It's not adding new requirements or limitations to

20  that rule.  It's simply requiring -- explaining what's

21  always been required.

22      THE COURT:  Well, they disagree about that at

23  least on two points, right?

24      I mean, at least as to, for example, the cost of

25  labor issue, they disagree with you on that.  They're saying

```
1    this guidance sort of defines out the ability to recover for
2    technical -- skill-technical staff time.
3            Likewise, in terms of to whom the patient rate
4    applies, as I understand it, they've always operated under
5    the impression that when an individual makes the request for
6    the individual --
7            MS. ANDRAPALLIYAL:  Right.
8            THE COURT:  -- that the patient rate applies.
9            But now, according to the guidance, if it's any
10   third-party directive, even if it doesn't include electronic
11   health records, it's something beyond that, to any third
12   party, that that, too, has to be billed at the patient rate.
13   Those are new things, according to them.
14           MS. ANDRAPALLIYAL:  Right.
15           But if you do look at the rule in totality,
16   looking at some of the preamble language, A, it's clear that
17   retrieval costs have always been excluded from what's
18   included in labor for copying, as HHS set forth in the rule.
19           THE COURT:  Can I -- how can you say that?
20           MS. ANDRAPALLIYAL:  Your Honor, I'm pointing to
21   78 Fed Reg. 5636.
22           THE COURT:  Right.  I'm reading that, too, and it
23   says, "We clarify that labor costs included a reasonable
24   cost-based fee could include skilled technical staff time
25   spent to create and copy the electronic file, such as
```

1    complying, extracting, scanning, and burning the protected

2    health information to media and distributing the media.

3    This could also include the time spent preparing an

4    explanation or summary."

5            It goes on to say later on, "Additionally,

6    although the proposed rule indicated that a covered entity

7    could charge for the actual labor costs associated with the

8    retrieval of electronic information, in this final rule, we

9    clarify that a covered entity may not charge a retrieval

10   fee, which is different than the labor associated with

11   retrieving."

12           So that is a change.

13           MS. ANDRAPALLIYAL:  Your Honor, the language, as

14   I understand it, is saying that retrieval cannot be -- "Any

15   retrieval costs cannot be included in the reasonable

16   cost-based fee charged to the individual."

17           THE COURT:  This says just the opposite.

18           "Although the proposed rule indicated that a

19   covered entity could charge for the actual labor cost

20   associated with the retrieval of electronic information, in

21   this final rule, we clarify that the covered entity may not

22   charge a retrieval fee."

23           So there's a distinction made between the labor it

24   takes to obtain electronic information versus a fee.  That,

25   I assume, is something that's disassociated with or in no

1    way related to the actual labor costs or some estimate of
2    the labor costs.
3              So back in 2013, I think that's the date, you all
4    said something that's very different than what's in the 2016
5    guidance.
6              MS. ANDRAPALLIYAL:  Your Honor, if I may,
7    I understand the language -- I'm not seeing a distinction
8    between the retrieval fee and the costs associated with
9    retrieval that are somehow included in some other fee.
10             My understanding of this language is that
11   retrieval costs cannot be recouped as part of the reasonable
12   cost-based fee, and the rule says you can get labor costs
13   for copying but there's a difference between retrieval and
14   copying.
15             THE COURT:  So in your view, even though the 2013
16   explanation of the amendments or the rule make a distinction
17   between the labor costs associated with retrieval and the
18   retrieval fee, that's one and the same now?
19             MS. ANDRAPALLIYAL:  That's my understanding,
20   Your Honor.  There's no --
21             THE COURT:  Do you want to ask your colleagues?
22   Because that's quite a statement.
23             MS. ANDRAPALLIYAL:  Just a moment, Your Honor.
24             (Defense counsel conferred off the record.)
25             MS. ANDRAPALLIYAL:  Yes, Your Honor.

1          We maintain that that's simply explaining the

2    difference between what the proposed rule was suggesting and

3    what the final rule ultimately adopts.  It decided not to

4    adopt "retrieval" -- it did not allow covered entities to

5    recover costs for retrieval by including it in a reasonable

6    cost-based fee, and that's what that language is supposed to

7    mean.

8          THE COURT:  If I were to conclude that there, in

9    fact, is a change, in other words, I disagree with you and

10   that the guidance now says something different than what you

11   said in 2013, wouldn't that make this a final agency action?

12         MS. ANDRAPALLIYAL:  Well --

13         THE COURT:  Or isn't that at least a factor

14   I should be considering in determining whether it's a final

15   agency action?

16         MS. ANDRAPALLIYAL:  Your Honor, you know, the rule

17   says that -- and let me quote just so we're both clear.

18         THE COURT:  Which rule are you talking about?

19         MS. ANDRAPALLIYAL:  I'm talking about what's

20   codified as 164.524(c).

21         THE COURT:  Okay.  Hold on.

22         MS. ANDRAPALLIYAL:  Yes.

23         (c)(4).

24         THE COURT:  Okay.  I'm with you.

25         MS. ANDRAPALLIYAL:  And so the language says that

1    the fee can only include costs for labor for copying, and

2    the language in the preamble explains what's included in

3    copying, and then further -- the guidance further explains

4    that point.

5            "Supplies for creating the paper copy, postage and

6    preparing an explanation or summary of the protected health

7    information."

8            Nowhere does the rule state that retrieval costs,

9    which, as we've explained, are logically separate from

10   copying and differentiated in the preamble language as well.

11           Retrieval costs are not included in 164.524(c)(4).

12           And so no, the guidance does not go beyond the

13   rule in creating a new requirement here.

14           THE COURT:  Okay.

15           MS. ANDRAPALLIYAL:  And I believe our brief

16   explains further sort of the difference between "copying,"

17   which is compiling, extracting, scanning and burning the

18   protected health information onto a CD or some form of

19   media, versus "retrieval," which is different, it's

20   reviewing the requests for access, segregating out

21   information, and locating the files, et cetera.

22           THE COURT:  But just to be clear, at the end of

23   the day, this is all sort of beside the point, in your view,

24   right?  Because none of this applies to Ciox.

25           MS. ANDRAPALLIYAL:  That's correct, Your Honor.

1      Our threshold arguments -- this Court does lack

2  jurisdiction over this case altogether, because any injuries

3  that Ciox is claiming are affected by the covered entities,

4  they're free to charge covered entities in excess of any

5  reasonable cost-based fee limitations imposed in 164.524,

6  and that's always been the case, even before this so-called

7  third-party directive.

8      Individual requests for PHI, when the request was

9  directed to the individual itself, was -- had been subject

10  to this cost-based limitation before, and business

11  associates, nevertheless, operated in the space, found it

12  profitable to do so, and the fee arrangements between the

13  covered entities and the business associates are not

14  something that we police in any way.

15      THE COURT:  Okay.

16      MS. ANDRAPALLIYAL:  And so --

17      THE COURT:  Do you have anything more regarding

18  the 2016 guidance that you want to argue?  Because I'm

19  anxious -- I'm sort of curious to hear Ciox's response to

20  some of your positions.

21      MS. ANDRAPALLIYAL:  Well, Your Honor, just simply

22  on the merits, you know, we've explained that, for similar

23  reasons is -- the reasons supporting our argument that it is

24  not final agency action, nor is it subject to notice and

25  comment.  There just aren't new requirements in the

1    guidance.

2              And as far as the substantive validity of the

3    guidance, we've explained in our brief why every section of

4    the guidance is reasonable.

5              Again, the portion of the guidance explaining that

6    the third party -- so-called third-party directive, that the

7    fee limitation flows with that, is in the guidance, and it

8    just makes sense, because if an individual is requesting his

9    or her health information, whether it's something that he or

10   she receives himself or herself or it's something that

11   another doctor or another company needs from the

12   individual -- so there's no --

13             THE COURT:  Do you agree or disagree with their

14   position that prior to the 2016 guidance, what I've been

15   calling the patient rate only applied to individual's

16   requests, in other words, requests by the individual for the

17   individual, as opposed to an individual directing his or her

18   health records to a third party?

19             MS. ANDRAPALLIYAL:  No, Your Honor.  That

20   requirement is in the rule itself.

21             And, you know, from HHS's perspective --

22             THE COURT:  No.  It's two things.

23             The requirement as to where you send it, that's

24   fine, I understand that, and although they disagree with

25   what is supposed to be sent.

1          My question is a different one, which is that:

2    The fee, in your view -- and, again, let's leave aside for

3    the moment that you think the fee doesn't apply to them at

4    all.

5          But in your view, is it the case that prior to

6    2016, that if I came to a -- I went to the hospital, the

7    hospital said, give me -- I asked the hospital to give me my

8    records.

9          I said to the hospital, send them to life

10   insurance company X.  In that case, your view is that the

11   patient rate would have applied prior to 2016?

12          MS. ANDRAPALLIYAL:  Yes, Your Honor.

13          THE COURT:  And that's based on what?

14          MS. ANDRAPALLIYAL:  That's based on the 2013 rule

15   itself, 45 -- you know, the 2013 version of 45 C.F.R.

16   164.524.

17          THE COURT:  And where does it say that?

18          MS. ANDRAPALLIYAL:  Well, Your Honor --

19          THE COURT:  I mean, where would I look to get that

20   interpretation?

21          Because I understand back in 2000, the agency said

22   just the opposite, which is that -- okay, I'm reading from

23   the Federal Regs in 2000:  "We do not intend to affect the

24   fees that the covered entities charge for providing

25   healthcare information to anyone other than the individual.

1    For example, we do not intend to affect current practices

2    with respect to fees one healthcare provider charges for

3    forwarding records to another healthcare provider for

4    treatment purposes."

5                    MS. ANDRAPALLIYAL:  Your Honor --

6                    THE COURT:  That was the position in 2000.

7                    MS. ANDRAPALLIYAL:  Right.

8                    And so in 524(c)(3)(ii), HHS makes clear that the

9    individual's request for access is sort of the overarching

10   request.

11                   And then who the request is directed to is

12   subsumed within the individual request itself.  And so --

13                   THE COURT:  So this is which section?  This is

14   164.405(C)(4)?

15                   MS. ANDRAPALLIYAL:  (c)(3)(ii).

16                   THE COURT:  (c)(3)(ii)?

17                   MS. ANDRAPALLIYAL:  Yes.

18                   THE COURT:  Okay.

19                   I guess I don't understand how that section

20   applies.

21                   I mean, here's why I ask:  That section is

22   directed to a business associate, and your position has been

23   business associates aren't -- the fees aren't regulated as

24   to business associates.

25                   So there ought to be something in here that

```
1   says -- leave aside business associates -- that the
2   hospital, for example, the covered entity, can't charge an
3   individual more than the patient rate if the individual asks
4   for the records to be directed to a third party.
5            MS. ANDRAPALLIYAL:  Your Honor, (c)(3)(ii) does
6   not pertain to a business associate.  It says that, "If an
7   individual's request for access directs the covered entity
8   to transmit the copy of protected health information
9   directly to another person directed by the individual, the
10  covered entity" must do so, essentially.
11           THE COURT:  Oh, you know what?  Sorry.  I think my
12  papers are -- sorry.
13           Okay.  So (c)(3)(ii) --
14           I'm sorry, it begins how?
15           MS. ANDRAPALLIYAL:  "If an individual's request
16  for access directs the covered entity to transmit the copy
17  of protected health information directly to another
18  person" --
19           THE COURT:  I'm looking at the wrong regulation,
20  I'm sorry about that.
21           MS. ANDRAPALLIYAL:  That's all right.
22           THE COURT:  And your view is that also extends --
23  that that also would delimit the fee that could be provided
24  in the two situations?
25           MS. ANDRAPALLIYAL:  Yes, because individual
```

1    requests for PHI at large, those requests are governed by

2    this fee limitation.

3              And so a request that directs --

4              THE COURT:  So doesn't the agency have some

5    obligation?

6              I mean, because there's nothing in the 2013

7    Federal Register that signals the shift from what the

8    agency's position was in 2000, right?

9              I mean, what you're telling me is in 2000, you

10   explicitly said the fee that can be applied to sending this

11   information to third parties, we're not affecting that at

12   all.

13             Now, in 2013, silently through a regulation,

14   you've changed that.

15             MS. ANDRAPALLIYAL:  Well --

16             THE COURT:  And it's not anywhere noted in the

17   Federal Register that accompanies it that you now have this

18   different view.

19             The different view comes out explicitly for the

20   first time in 2016 in the guidance, right?

21             MS. ANDRAPALLIYAL:  Well, let me take a step back,

22   Your Honor.

23             That language was added into -- my understanding

24   is that the HITECH Act in 42 U.S.C. 17935 itself sort of

25   articulates this idea that an individual's request for his

1    or her PHI, whether directed to another individual -- or

2    whether directed to him or herself or to a third party, that

3    that is subject to a fee, and that's in 42 U.S.C.

4    Section 17935.

5            THE COURT:  Well, certainly, the HITECH Act

6    imposes the obligation to send it to the third party.

7            But it also then talks about the fee.

8            "Any fee that the covered entity may impose for

9    providing such individual with a copy of such information in

10   electronic form."

11           You read "such individual" to also extend to the

12   person who's designated by the individual --

13           MS. ANDRAPALLIYAL:  Well, it's --

14           THE COURT:  -- even though that language is absent

15   from that subclause?

16           MS. ANDRAPALLIYAL:  Well, I would direct you back

17   to (e)(1), Your Honor:

18           "The individual shall have the right to obtain a

19   copy of PHI in an electronic format.

20           "And if the individual chooses to direct the

21   covered entity to transmit such copy directly to a third

22   party."

23           And so you know, that's just a flavor of an

24   individual's request for his or her PHI, whether it's being

25   sent to him or herself and they have to then send it on to

1   another doctor and so on.

2           THE COURT:  Just to be clear, though, because I'm

3   trying to -- there's a lot here.

4           But even though (e)(1) differentiates between the

5   individual and the entity or person designated by the

6   individual, and there's no such distinction made in (e)(3),

7   your view is (e)(3) subjects any individual request to what

8   I'm calling the patient rate?

9           MS. ANDRAPALLIYAL:  Yes, Your Honor.

10          I mean, it's simply who gets the information is --

11  it's sort of a secondary point to the fact that the

12  individual has requested that information.

13          And so that's in the statute, that's in the rule,

14  and so it's not appearing for the first time in the

15  guidance.

16          But if Your Honor has no other questions on the

17  guidance, you know, I just want to reiterate again that

18  there's no standing here.  Ciox is free to recoup costs from

19  the covered entity itself.

20          And if the Court wishes to proceed further, this

21  doesn't amount to final agency action under the APA.

22          THE COURT:  Okay.  Thank you.

23          MS. ANDRAPALLIYAL:  Thank you, Your Honor.

24          THE COURT:  Mr. Lefkowitz.

25          MR. LEFKOWITZ:  Thank you.

1            Good afternoon and thanks for the privilege of

2    arguing today.

3            I think I can cover the issues that you just

4    covered with counsel kind of in order, if you'd like.

5            THE COURT:  I'd like you to start with -- we find

6    ourselves in an odd situation, it seems to me, where the

7    industry is now suggesting that it is bound by regulations

8    that the agency says explicitly it is not.

9            So in some sense, shouldn't you be quite gratified

10   to hear what they've just said and now you can go and

11   re-negotiate your contracts and charge more than what you're

12   currently charging?

13           MR. LEFKOWITZ:  Well, Your Honor, it's not just

14   about our contracts with the covered entities.

15           We are claiming -- we're challenging what happened

16   in 2013 and in 2016, not merely because it impacts our

17   relationship with covered entity.  We're challenging it

18   because I believe HHS has made clear today and certainly the

19   regulations in the statute make clear, that they can simply

20   penalize us directly, leaving out the third party, leaving

21   out the covered entity, if we get a third-party directive

22   from, let's say, an attorney, who the patient sends the

23   third-party directive, the attorney forwards it to us or

24   forwards it to the covered entity, we fill that request; and

25   if we charge that third party more than the patient rate, as

1    they articulated for the first time ever in 2016, it's

2    absolutely clear from the statutes and the regulations.

3              THE COURT:  But do you charge the third party or

4    do you charge the covered entity?

5              MR. LEFKOWITZ:  We charge -- usually, our

6    contracts, our business model, as a general rule, is, we

7    enter into agreements with covered entities, and we'll tell

8    the covered entity, we will cover all of your obligations,

9    all of your fulfillment requests under HIPAA and HITECH, and

10   we'll also do all sort of other records collection for you,

11   records analysis that may have nothing to do with fulfilling

12   patient rates, it may just be hospital-to-hospital issues,

13   intrahospital issues, we'll become your records people.

14             But we will, then, simply charge the third parties

15   when they make the request, and we'll charge the third

16   parties what we believe is a fair market rate.

17             And with respect to patients, we will only charge

18   the patient rate.

19             THE COURT:  Maybe I am misunderstanding.

20             But if the third party comes to you, Ciox, or

21   comes to a hospital with whom you have contracted -- maybe

22   I'm misunderstanding, but if that third party comes to you,

23   I don't understand there to be any statute or regulation

24   that limits what you can charge that third party.  Am I

25   wrong about that?

1          MR. LEFKOWITZ:  I believe -- I wish you weren't.

2    And if they would concede that we're all right, we could

3    knock off half the case.

4          I believe their position is that if we charge a

5    third party, who has forwarded to us a third-party directive

6    and we send those materials to that third party and we

7    charge the third party anything other than the patient rate,

8    then they have a regulation, it's 45 C.F.R. 160.402(a).

9          And if it would help, Your Honor, I actually have

10   half a dozen of these slides that are simply copies of the

11   text of the statutes and regulations, and I can give

12   Your Honor and plaintiffs a copy so that we can look at them

13   directly.

14         THE COURT:  Sure.

15         MR. LEFKOWITZ:  Great.

16         If I could direct the Court to page -- let me just

17   find the appropriate --

18         THE COURT:  If you want to put it on the ELMO,

19   too, that's okay, too.  It's right there.

20         MR. LEFKOWITZ:  Okay.  Let me --

21         I'll just find the appropriate page, Your Honor.

22         So let me just start with this.

23         And I can just walk through this and then I will

24   get, very briefly, to the specific regulation with the

25   penalty provision.

1          But HITECH -- the whole point of HITECH, one of

2     the points of HITECH and the legislative history and the

3     House report makes clear, was to make sure that business

4     associates were regulated, covered by HITECH, because in the

5     pre-HITECH world in HIPAA, only covered entities were

6     regulated and they had this requirement to have these

7     contracts.

8          So Congress comes along and decides expressly to

9     regulate in 13404 in the case of a business associate of a

10    covered entity:  "The business associate may use and

11    disclose such protected health information only in

12    compliance with 164.504(e)."

13         And 504(e)(ii) says that, "A contract between the

14    covered entity and a business associate must make available

15    protected health information in accordance with 164.524,"

16    which are all of the provisions of the Privacy Act.

17         THE COURT:  So I've sort of walked through this

18    with Ms. Andrapalliyal, and she says none of that applies to

19    you.

20         MR. LEFKOWITZ:  Correct.

21         So I'm going to -- now I will show you how it

22    directly applies under their own regulations.

23         So it's two steps, Your Honor.

24         First, they make this argument, well, we're only

25    regulating "use and disclosure" with respect to the business

1    associates, and that's really not what we're talking about

2    with the patient rate.

3              But if you look here at the definition section on

4    the left, "disclosure" means "the release, transfer,

5    provision of access to any of this confidential

6    information."

7              And then what do they say in their mandate in

8    2016?

9              "All of the access requirements that apply with

10   respect to personal health information held by the covered

11   entity; i.e., the limitations on fees, apply with respect to

12   the personal health information held by the business

13   associate."

14             And then they make absolutely clear --

15             THE COURT:  So can I ask you a question?

16             MR. LEFKOWITZ:  Sure.

17             THE COURT:  Does it matter?

18             Say I would like Georgetown University Hospital to

19   send records to my life insurance company.  You would agree

20   with me that, at least under their theory and your belief of

21   being subject to it, that only the patient rate would apply,

22   right?  If I make the request, I, as the individual, make

23   that request, send it to a third party.

24             What if I make the request, but I authorize my

25   insurance company to go to Georgetown, okay?

1         This is not a third-party directive, at least as
2    I understand it; rather, the insurance company is coming to
3    you and saying, look, I've got an authorization to get these
4    records.
5         It has not been my understanding, based upon how
6    this has been briefed, that that transaction is subject to
7    the patient rate.
8         MR. LEFKOWITZ:  Your Honor, that is correct, if
9    what is being conveyed is a HIPAA authorization, because
10   that was the policy under HIPAA.
11        And what HITECH innovated was, HITECH said, we are
12   going to streamline this whole process and we're going to
13   create a new right.  It's called a third-party directive.
14   It's going to be much easier.
15        A third party can create simply a one-page form
16   that the patient can sign and give to the third party, the
17   insurer or the lawyer, and the lawyer then makes the
18   request.
19        And what's important is, in those situations in
20   the third-party directive, the individual is usually not
21   even getting the medical records at all, it's being used by
22   the third party.
23        THE COURT:  So you're telling me there's no
24   difference between the two scenarios I just presented.
25        One is where the individual is actually

1    affirmatively making the ask:  "Please send my records to a

2    third party."  That's scenario one.

3              Scenario two is a third party, with a release,

4    comes to you.

5              MR. LEFKOWITZ:  That's correct.

6              THE COURT:  Your view is there's no difference

7    between those two scenarios?

8              MR. LEFKOWITZ:  Well, when the third party comes

9    to us and says, deliver the information to us, that is the

10   third-party directive that HITECH created for the first

11   time.  That didn't exist before.

12             There was never, prior to HITECH, the ability for

13   a person to direct his health records to be sent to a third

14   party.

15             You could always have filled out a HIPAA

16   authorization.

17             THE COURT:  So in what scenario, then, do you view

18   provision to a third party to be an uncapped fee?

19             MR. LEFKOWITZ:  There -- because, Your Honor --

20             THE COURT:  Is there no longer any such situation?

21             Because, again --

22             MR. LEFKOWITZ:  Well, there is a longstanding

23   policy of HHS, which you quoted from, I would have quoted

24   from it myself, from 2000, from the Federal Register, where

25   they said, they don't intend here -- and I can quote it

1    again, Your Honor –– "We do not intend to affect the fees

2    that covered entities charge for providing health

3    information to anyone other than the individual."

4          And that was the policy, the longstanding policy.

5          So when you're providing health information to the

6    individual, there's a patient rate that exists from 2000.

7          When you are providing it to a third party, which

8    is the mechanism that the third-party directive was created

9    to authorize and permit and streamline, there is no fee cap,

10   as we'll talk about in a minute, either under the 2013

11   regulation or under the clear language of HITECH.

12         But the reason we have standing here is, if you

13   look at the regulation that HITECH –– that HHS promulgated

14   after HITECH –– and the pre-HITECH one is on the left and

15   the post-HITECH one is on the right.

16         And the difference is, post-HITECH, they expressly

17   say that, "The Secretary will impose a civil money penalty

18   upon a covered entity or a business associate if the

19   Secretary determines that the covered entity or business

20   associate has violated an administrative simplification

21   provision."

22         And then in the definitions, they define

23   "administrative simplification provision" to include four

24   different things.  The third one down there –– or the second

25   one is the Privacy Rule, which has a fee limitations, and

1   then the next one is all of the actual provisions of HITECH.

2          THE COURT:  But how does this -- but doesn't this

3   all wind back to -- I mean, if all the roads lead to the

4   Privacy Rule and you being bound by the Privacy Rule, right?

5          MR. LEFKOWITZ:  Correct.

6          THE COURT:  Why aren't you satisfied when the

7   agency says, "Insofar as the Privacy Rule limits what can be

8   charged," that does not apply to you.

9          MR. LEFKOWITZ:  Because I don't believe they've

10  said that.

11         They said only, as I heard, and maybe they'll

12  clarify, that they are not going to apply the force of the

13  enforcement provisions in the penalties when we charge a

14  covered entity more than the privacy rate.

15         They did not say they won't charge -- penalize us

16  if we charge a third party, a lawyer or an insurer.

17         THE COURT:  Why should -- well, why should HHS

18  care?

19         I mean, if, in other words, what we care about is

20  not burdening the individual with a lot of expense for

21  requiring their medical records, why do they care if the

22  third party is paying?

23         MR. LEFKOWITZ:  Your Honor, I don't know what was

24  going on at HHS in 2016.

25         As I'll explain, there's -- it is completely a

```
 1    litigating position today that this derives from 2013 or
 2    from the statute in 2009.
 3                But if they say today that we're free to charge
 4    third parties, just as they said in 2000 --
 5                THE COURT:  Well, let me just ask them.
 6                I mean, is it the agency's position that they can
 7    charge third parties any amount they want?
 8                Remember, we're not charging the individual.
 9    We're charging a third party that's receiving the
10    individual's healthcare information.
11                MS. ANDRAPALLIYAL:  Yes, Your Honor.
12                As long as the -- so what, you know,
13    Section 164.524 is concerned about is an individual's right
14    to access his or her protected health information.
15                And so if a third party is requesting that
16    information directly from a covered entity or business
17    associate and receives a HIPAA authorization or something to
18    do so, the covered entity or the business associate is free
19    to charge that third party in excess of this reasonable
20    cost-based fee limitation.
21                But if it's pursuant to this directive from an
22    individual, the charge is borne by the individual and that
23    fee limitation would apply.
24                THE COURT:  Right.
25                So the distinction is less about who it goes to or
```

1   who makes the ask, it's who's paying the freight.

2          MS. ANDRAPALLIYAL:  Exactly.

3          THE COURT:  And if the third party is paying the

4   freight, you don't care.

5          If the individual is paying the rate, then you do

6   care.

7          MS. ANDRAPALLIYAL:  Exactly.

8          MR. LEFKOWITZ:  Well, Your Honor, I am very

9   pleased to have this clarified.

10         I had been under the impression that they were

11   taking the position that if we charged a third party, if we

12   got a third-party directive from a law firm, a personal

13   injury law firm --

14         THE COURT:  Right.

15         MR. LEFKOWITZ:  -- and we sent the records to that

16   lawyer, that they would -- and we charge more than the

17   patient rate, I was under the impression that they would

18   either have an enforcement action against us or against our

19   covered entity, which would then come after us.

20         If their view is if we're sending the information

21   to that third party, then I think we can move on to the next

22   part of the argument.

23         THE COURT:  Okay.

24         MS. ANDRAPALLIYAL:  Your Honor, I just want to

25   make sure that everyone is on the same page and I'm

1   absolutely clear.

2           When we're talking about it depends on who pays,

3   it's who is sort of, under the framework, who is supposed to

4   be paying.

5           And so even if it's an individual requesting that

6   information under the terms set forth in 164.524 designated

7   someone else to receive those records, the individual gets

8   the bill and the fee limitation applies.

9           Now, if the third party says, well, I'll pay that

10  bill even if it's being charged to you, the fee limitation

11  still applies.

12          THE COURT:  Right.

13          MS. ANDRAPALLIYAL:  I just wanted to make that

14  clear.

15          THE COURT:  I think everybody is in agreement with

16  that.

17          MR. LEFKOWITZ:  But if the bill doesn't go to the

18  individual, if the bill goes to the third party, then we're

19  free to charge whatever we want.

20          THE COURT:  Charge whatever you want.

21          MR. LEFKOWITZ:  Okay.  I think that's pretty

22  clear, Your Honor.

23          Excuse me one second.

24          (Plaintiff counsel conferred off the record.)

25          MR. LEFKOWITZ:  My colleague points out that if

```
1    they're, in practice, going to then say, well, if the lawyer
2    makes this request with the third-party directive and we
3    send the bill to the lawyer and then the lawyer sends the
4    bill to the patient, that gives rise to an enforcement
5    action, then I think they've just circled back and basically
6    decided that the third-party directive does have a patient
7    rate that applies to it and then we're back in to
8    demonstrating why that's not in the statute, why it's not in
9    the regulation, why it was articulated for the very first
10   time in 2016, without any explanation of the change of
11   position for 15 years.  So then I think we do have a very
12   live issue.
13           THE COURT:  I will say, though, that we then
14   really do get into a situation of ripeness, because now
15   we're talking about a scenario that isn't presented on any
16   set of facts that are before me.
17           And, again, now we're talking about different
18   hypothetical ways in which documents are traveling, who's
19   making the request, who ends up footing the bill.
20           I mean, this is all sort of then being -- in some
21   sense, becomes very abstract.
22           MR. LEFKOWITZ:  Well, I think if you -- I beg to
23   differ, Your Honor, respectfully.
24           I think it is ripe for a few reasons.
25           I think it is ripe because, first of all, if you
```

1    read their 2016 mandate, they say they are going to bring

2    enforcement actions.  They say, on page 11, they're going to

3    bring enforcement actions.

4              We know they sent us one.

5              Now, we understand in the context of litigation

6    when we called them out on it, they withdrew it.

7              But they have said, and this is hanging like a

8    cloud over our head and so I do think it is ripe, unless

9    they're going to simply make clear on the record that that's

10   not -- that doesn't have to be a concern.

11             THE COURT:  I guess where I come out on it is as

12   follows, which is that, the agency has made very clear that

13   if the bill is sent to a third party, you are not bound by

14   any limitations.

15             Now, if the third party turns around and charges

16   the individual, I'm not sure that's a scenario that's even

17   in front of me, but -- and I'm not sure I can ask the agency

18   right now to game out every potential scenario, at least in

19   the context of a non-fact-bound litigation.

20             But, I mean, in terms of your concern, which was,

21   bill a third party that's making the request, we can charge

22   them anything, that's what they've said and they won't come

23   after you.

24             MR. LEFKOWITZ:  Okay.

25             THE COURT:  I hope those are your clients.

```
1              MR. LEFKOWITZ:  Those are my clients.

2              THE COURT:  Good.

3              MR. LEFKOWITZ:  I got an affirmative nod, so I

4    will move on.

5              THE COURT:  Good.

6              So does that mean, then, that the issues

7    concerning the 2006 guidance are moot essentially?

8              Not moot, but that essentially you don't have

9    standing because it doesn't apply to you?

10             MR. LEFKOWITZ:  One moment, Your Honor.

11             (Plaintiff counsel conferred off the record.)

12             MR. LEFKOWITZ:  So, Your Honor, I would just make

13   two points.

14             One, just on the ripeness point, I think since we

15   are dealing with a purely legal question of what is or is

16   not authorized --

17             THE COURT:  But we're not.  I mean --

18             MR. LEFKOWITZ:  Okay.

19             THE COURT:  We're not, if you're going to start

20   throwing in factual permutations about --

21             MR. LEFKOWITZ:  Then I guess I would like a clear

22   stipulation on the record from the government as to their

23   position, so we'll have it clear, because I do believe we're

24   going to be faced with an enforcement action very quickly if

25   we charge some third party a market rate and for using the
```

1    patient directive.

2           So we would like a clear stipulation on the

3    record, but I'm happy to, in the interim, move on and we can

4    get that.

5           THE COURT:  Okay.

6           I mean, I thought that's what they've said, but

7    maybe I'm misunderstanding, which is that:  If you charge

8    the third party when they're asking for an individual's

9    records, you're not bound by the patient rate.

10          If the patient is asking for it and you're billing

11   the patient directly, then you are bound, or at least,

12   I should say, the service -- I'm sorry, the covered entity

13   is bound.

14          MR. LEFKOWITZ:  Okay.  I will move on for the time

15   being and potentially raise --

16          THE COURT:  So that then just leaves us with the

17   2013 regulation.

18          MR. LEFKOWITZ:  Correct, Your Honor.

19          MS. ANDRAPALLIYAL:  Your Honor, I just -- do you

20   mind if I just -- I want to clarify what you just said and

21   just in the interest of making sure everybody understands,

22   and I apologize if I was unclear before.

23          But, again, if an individual is doing the

24   requesting and it's in accordance with 164.524, they've made

25   the designation and it's clear, conspicuous, specific --

1          So usually it is the individual who gets the bill

2     for that.  But even if that bill goes to the third party for

3     whatever reason, as long as it's the individual who did the

4     requesting under 164.524, the fee limitation applies.  So

5     I just --

6          THE COURT:  That's different than what you told me

7     before.

8          MS. ANDRAPALLIYAL:  Well, I apologize, Your Honor.

9     That is what we mean.

10          It's about if the request is made under the

11     required --

12          THE COURT:  Here's the problem:  Nobody knows what

13     this stuff means, okay?

14          I mean, this is really remarkable, because you

15     just told me that if the third party is billed for the

16     third-party directive request, then the fee limitation

17     doesn't apply.

18          You've now sat down and had a further conversation

19     and told me just the opposite.

20          So, you know, if you all can't get -- figure out

21     what applies here, how are they going to figure it out and

22     how am I going to figure it out?

23          MS. ANDRAPALLIYAL:  Your Honor, I apologize for

24     any conclusion that I created.

25          My understanding is that usually when an

49

```
 1    individual does the requesting --

 2              THE COURT:  Here's what we're going to do:  You

 3    all are going to sit down and talk about this and figure out

 4    how these rules work, and I ain't ruling on it because

 5    nobody in this courtroom has yet told me how this works in a

 6    way that is concrete and something I can rule on.

 7              I can't have parties coming up and telling me two

 8    different things within seconds, especially when it's the

 9    Government of the United States and the Department of HHS,

10    which is regulating a multi-million dollar or billion dollar

11    industry and they need to know how they're supposed to

12    operate.

13              When you figure it out and tell them what they're

14    on the hook for, then you can come to me if there's a

15    dispute.

16              Because right now, after reading lots of pages and

17    trying to immerse myself in this, nobody has given me an

18    answer that sticks.  No one.

19              And you cannot come into a federal courtroom and

20    start changing your answers based upon a further

21    conversation you have had because another different scenario

22    has been posed by counsel.  It doesn't work that way.

23              So talk amongst yourselves, get back to me in a

24    couple weeks.

25              MS. ANDRAPALLIYAL:  Thank you, Your Honor.
```

1          DEPUTY CLERK:  All rise.

2          This Court is adjourned until the return of court.

3          (Proceedings concluded at 1:07 p.m.)

C E R T I F I C A T E

I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.


Date: April 11, 2019_____     /S/__William P. Zaremba_____

William P. Zaremba, RMR, CRR

DEPUTY CLERK: [3]  3/1 3/4 49/25
MR. LEFKOWITZ: [31]  31/24 32/12 33/4 33/25 34/14
 34/19 35/19 36/15 37/7 38/4 38/7 38/18 38/21 40/4 40/8
 40/22 42/7 42/14 43/16 43/20 43/24 44/21 45/23 45/25
 46/2 46/9 46/11 46/17 46/20 47/13 47/17
MS. ANDRAPALLIYAL: [74]
THE COURT: [100]

## $

$6.50 [1]  16/15

## -

-92 [3]  15/3 15/10 15/16

## /

/S [1]  51/7

## 0

0845 [1]  1/21

## 1

1.5 [1]  7/7
1.5x [1]  7/7
10 [1]  1/7
10022 [1]  1/16
11 [2]  45/2 51/7
1100 [1]  1/20
12 [1]  17/12
12:00 [1]  1/7
13404 [1]  35/9
15 [2]  16/13 44/11
160.402 [2]  13/19 34/8
164.405 [1]  27/14
164.504 [2]  5/11 35/12
164.524 [14]  5/21 6/1 6/25 8/16 8/25 22/20 23/11 24/5
 26/16 35/15 41/13 43/6 47/24 48/4
17935 [4]  9/20 10/22 29/24 30/4
18-40 [2]  1/6 3/6
1:07 [1]  50/3

## 2

2000 [8]  26/21 26/23 27/6 29/8 29/9 38/24 39/6 41/4
20001 [1]  2/6
20005 [1]  1/21
2006 [1]  46/7
2009 [2]  9/17 41/2
2013 [13]  3/22 15/3 21/3 21/15 22/11 26/14 26/15 29/6
 29/13 32/16 39/10 41/1 47/17
2016 [17]  3/20 3/21 3/21 12/17 16/13 21/4 24/18 25/14
 26/6 26/11 29/20 32/16 33/1 36/8 40/24 44/10 45/1
2019 [2]  1/7 51/7
202 [2]  1/21 2/6
212 [1]  1/17
21st [1]  9/25
29 [1]  8/10

305-0845 [1]  1/21
3249 [1]  2/6
333 [1]  2/5
354-3249 [1]  2/6
35th [1]  1/16

## 4

40 [2]  1/6 3/6
42 [4]  9/20 10/22 29/24 30/3
446-4970 [1]  1/17
45 [5]  5/11 13/19 26/15 26/15 34/8
4970 [1]  1/17

## 5

504 [1]  35/13
524 [1]  27/8
5591 [3]  15/3 15/10 15/16
5636 [1]  19/21

## 6

601 [1]  1/15
6511 [1]  2/5

## 7

78 [3]  15/2 15/9 15/10
78 Fed [1]  19/21

## 9

92 [3]  15/3 15/10 15/16

## A

ability [2]  19/1 38/12
about [26]  4/15 7/11 7/12 9/21 9/23 13/24 16/11 17/2
 18/22 22/18 22/19 28/20 30/7 32/14 33/25 36/1 39/10
 40/19 41/13 41/25 43/2 44/15 44/17 46/20 48/10 49/3
above [1]  51/4
above-titled [1]  51/4
absence [1]  18/8
absent [1]  30/14
absolutely [4]  12/9 33/2 36/14 43/1
abstract [1]  44/21
acceptable [1]  7/9
access [8]  9/22 23/20 27/9 28/7 28/16 36/5 36/9 41/14
accommodating [1]  3/12
accompanies [1]  29/17
accordance [4]  5/21 14/1 35/15 47/24
according [2]  19/9 19/13
accurate [1]  12/21
act [8]  9/17 10/1 10/22 11/9 14/3 29/24 30/5 35/16
acting [3]  5/7 6/3 14/7
action [13]  3/5 4/8 4/13 15/25 17/10 17/19 22/11 22/15
 24/24 31/21 42/18 44/5 46/24
actions [2]  45/2 45/3
acts [2]  13/21 14/14
actual [4]  20/7 20/19 21/1 40/1
actually [3]  4/17 34/9 37/25
added [1]  29/23

adding [1] 18/19
additional [1] 17/17
Additionally [1] 20/5
address [1] 4/17
adjourned [1] 50/2
administrative [2] 39/20 39/23
adopt [1] 22/4
adopts [1] 22/3
affect [3] 26/23 27/1 39/1
affected [1] 24/3
affecting [1] 29/11
affirmative [1] 46/3
affirmatively [1] 38/1
afford [1] 13/13
afoul [1] 7/25
after [4] 39/14 42/19 45/23 49/16
afternoon [3] 3/10 4/3 32/1
again [9] 3/3 14/20 25/5 26/2 31/17 38/21 39/1 44/17
47/23
against [4] 16/1 16/6 42/18 42/18
agency [22] 4/8 4/13 8/11 13/4 13/15 14/2 14/8 16/11
16/24 17/10 17/19 18/14 22/11 22/15 24/24 26/21 29/4
31/21 32/8 40/7 45/12 45/17
agency's [4] 4/21 5/18 29/8 41/6
agent [2] 6/3 14/3
agents [2] 13/21 14/15
agree [2] 25/13 36/19
agreement [2] 10/16 43/15
agreements [2] 5/5 33/7
aided [1] 2/8
ain't [1] 49/4
al [2] 1/7 3/6
all [28] 3/2 3/10 3/11 9/10 10/11 12/3 17/2 18/9 21/3 23/23
26/4 28/21 29/12 33/8 33/9 33/10 34/2 35/16 36/9 37/21
40/1 40/3 40/3 44/20 44/25 48/20 49/3 50/1
All right [1] 3/10
alleges [1] 8/12
allow [1] 22/4
allowable [1] 16/20
allowed [1] 5/25
along [1] 35/8
already [1] 18/18
also [11] 6/13 13/19 13/25 15/2 17/9 20/3 28/22 28/23
30/7 30/11 33/10
although [3] 20/6 20/18 25/24
altogether [1] 24/2
always [5] 18/21 19/4 19/17 24/6 38/15
am [5] 13/14 33/19 33/24 42/8 48/22
amenable [1] 3/19
amendments [1] 21/16
AMIT [2] 1/11 3/2
amongst [1] 49/23
amount [7] 4/12 5/6 14/24 16/16 17/9 31/21 41/7
analogous [1] 17/23
analysis [1] 33/11
Andrapalliyal [5] 1/18 3/9 3/25 4/4 35/18

another [2] 6/15 19/11 28/6 28/17 30/1 31/1
49/21
answer [2] 16/18 49/18
answers [1] 49/20
anxious [1] 24/19
any [22] 12/24 14/22 15/22 16/18 17/24 18/8 19/9 19/11
20/14 24/2 24/4 24/14 30/8 31/7 33/23 36/5 38/20 41/7
44/10 44/15 45/14 48/24
anyone [2] 26/25 39/3
anything [4] 13/10 24/17 34/7 45/22
anyway [1] 17/20
anywhere [1] 29/16
APA [2] 4/8 31/21
apologize [4] 3/14 47/22 48/8 48/23
APPEARANCES [2] 1/13 2/1
appearing [1] 31/14
applied [3] 25/15 26/11 29/10
applies [11] 19/4 19/8 23/24 27/20 35/18 35/22 43/8
43/11 44/7 48/4 48/21
apply [11] 6/17 11/21 26/3 36/9 36/11 36/21 40/8 40/12
41/23 46/9 48/17
approached [1] 10/23
approaching [1] 11/19
appropriate [2] 34/17 34/21
April [2] 1/7 51/7
arbitrary [1] 4/16
arbitrary-and-capricious [1] 4/16
are [47] 4/23 4/25 5/3 5/24 6/23 8/3 8/4 8/15 12/2 12/6
12/21 13/20 14/12 14/18 14/21 15/18 16/6 16/7 18/4 18/4
18/10 19/13 21/9 22/18 23/9 23/11 24/3 24/13 28/12 29/1
32/15 34/10 35/16 37/11 39/7 40/12 44/16 44/18 45/1
45/13 45/25 46/1 46/7 46/15 47/11 48/21 49/3
area [1] 17/19
aren't [4] 24/25 27/23 27/23 40/6
aren't you [1] 40/6
argue [1] 24/18
arguing [1] 32/2
argument [6] 1/10 8/11 11/23 24/23 35/24 42/22
arguments [3] 15/20 17/7 24/1
arise [1] 4/7
around [2] 10/14 45/15
arrangements [1] 24/12
articulated [3] 13/11 33/1 44/9
articulates [1] 29/25
as [57]
aside [3] 17/8 26/2 28/1
ask [8] 4/17 21/21 27/21 36/15 38/1 41/5 42/1 45/17
asked [2] 7/22 26/7
asking [2] 47/8 47/10
asks [1] 28/3
aspect [1] 3/23
asserted [1] 8/11
asserting [1] 12/24
associate [35] 5/5 5/7 5/17 5/20 6/2 6/5 6/14 6/22 6/24
7/11 8/24 9/16 10/2 10/3 10/8 10/23 10/24 11/20 11/23
12/11 14/1 14/3 16/2 16/19 16/22 27/22 28/6 35/9 35/10
35/14 36/13 39/18 39/20 41/17 41/18
associate's [2] 14/14 14/15

**A**

associated [5]  20/7 20/10 20/20 21/8 21/17
associates [16]  4/23 5/6 9/19 9/22 11/3 14/13 15/18 15/24
 16/6 24/11 24/13 27/23 27/24 28/1 35/4 36/1
assume [1]  20/25
attached [2]  6/7 8/10
attorney [2]  32/22 32/23
Auer [1]  13/14
authorization [4]  37/3 37/9 38/16 41/17
authorize [2]  36/24 39/9
authorized [1]  46/16
available [2]  5/20 35/14
Avenue [2]  1/15 2/5

**B**

back [9]  15/19 21/3 26/21 29/21 30/16 40/3 44/5 44/7
 49/23
based [16]  6/1 6/6 7/18 11/24 14/2 19/24 20/16 21/12
 22/6 24/5 24/10 26/13 26/14 37/5 41/20 49/20
basically [1]  44/5
basis [1]  13/5
be [37]  3/3 3/4 4/9 5/15 6/3 7/4 7/9 8/13 9/15 10/4 16/16
 16/23 17/2 17/19 17/25 19/12 20/14 20/15 21/11 22/14
 23/22 25/25 27/25 28/4 28/23 29/10 31/2 32/9 33/12
 33/23 37/14 38/13 38/18 40/7 43/4 45/10 46/24
bear [1]  8/8
because [32]  8/23 10/16 12/17 13/7 13/23 15/7 17/13 18/3
 21/22 23/24 24/2 24/18 25/8 26/21 28/25 29/6 31/2
 32/16 32/18 35/4 37/9 38/19 38/21 40/9 44/14 44/25
 46/9 46/23 48/14 49/4 49/16 49/21
become [1]  33/13
becomes [1]  44/21
been [12]  7/21 7/22 18/21 19/17 24/6 24/9 25/14 27/22
 37/5 37/6 42/10 49/22
before [7]  1/11 24/6 24/10 38/11 44/16 47/22 48/7
beg [1]  44/22
begins [1]  28/14
behalf [5]  4/4 5/7 6/4 16/20 16/23
being [10]  3/23 16/6 30/24 36/21 37/9 37/21 40/4 43/10
 44/20 47/15
belief [1]  36/20
believe [9]  12/18 17/9 23/15 32/18 33/16 34/1 34/4 40/9
 46/23
Bendheim [2]  1/14 3/7
beside [1]  23/23
between [15]  5/5 5/16 9/18 12/10 20/23 21/8 21/13 21/17
 22/2 23/16 24/12 31/4 35/13 37/24 38/7
beyond [2]  19/11 23/12
big [1]  18/9
bill [11]  43/8 43/10 43/17 43/18 44/3 44/4 44/19 45/13
 45/21 48/1 48/2
billed [2]  19/12 48/15
billing [2]  9/6 47/10
billion [1]  49/10
bills [1]  9/8
blah [6]  18/5 18/5 18/5 18/14 18/14 18/14
borne [1]  41/22

bound [8]  12/19 32/7 40/4 45/13 45/19 47/9 47/11 47/13
Branch [1]  1/20
brief [2]  23/15 25/3
briefed [1]  37/6
briefly [1]  34/24
bring [2]  45/1 45/3
broken [1]  14/20
burdening [1]  40/20
burning [2]  20/1 23/17
business [54]

**C**

C.F.R [5]  5/11 8/15 13/19 26/15 34/8
CA [1]  1/6
calculate [1]  16/20
call [2]  7/19 7/20
called [4]  24/6 25/6 37/13 45/6
calling [3]  10/10 25/15 31/8
came [2]  11/5 26/6
can [38]  4/17 6/6 7/16 10/18 12/23 13/4 13/8 14/25 15/5
 16/16 16/25 17/2 18/5 18/6 19/19 19/19 21/12 23/1 29/10
 32/3 32/10 32/19 33/24 34/11 34/12 34/23 36/15 37/15
 37/16 38/25 40/7 41/6 42/21 45/17 45/21 47/3 49/6
 49/14
can't [4]  11/10 28/2 48/20 49/7
cannot [6]  6/22 6/25 20/14 20/15 21/11 49/19
cap [1]  39/9
capricious [1]  4/16
care [5]  40/18 40/19 40/21 42/4 42/6
carry [1]  6/15
case [12]  6/8 8/23 9/5 17/22 17/25 18/6 24/2 24/6 26/5
 26/10 34/3 35/9
causing [1]  3/16
CD [1]  23/18
Century [1]  9/25
certain [2]  5/4 14/12
certainly [2]  30/5 32/18
Certified [1]  2/3
certify [1]  51/2
cetera [3]  16/21 16/21 23/21
challenged [4]  3/23 4/11 17/13 17/16
challenging [2]  32/15 32/17
change [3]  20/12 22/9 44/10
changed [2]  10/1 29/14
changing [1]  49/20
chapeau [1]  15/21
charge [43]  5/25 7/7 7/17 7/23 10/10 10/11 10/18 10/25
 11/5 12/6 16/25 20/7 20/9 20/19 20/22 24/4 26/24 28/2
 32/11 32/25 33/3 33/4 33/5 33/14 33/15 33/17 33/24 34/4
 34/7 39/2 40/13 40/15 40/16 41/3 41/7 41/19 41/22 42/16
 43/19 43/20 45/21 46/25 47/7
charged [7]  8/4 16/16 17/2 20/16 40/8 42/11 43/10
charges [5]  6/5 7/15 8/15 27/2 45/15
charging [5]  6/20 7/12 32/12 41/8 41/9
Chevron [1]  13/13
chooses [1]  30/20
CIOX [25]  1/4 3/6 6/14 7/5 7/21 7/23 8/9 8/13 8/14 8/21

**C**

CIOX... [15]  8/22 9/4 9/5 9/7 10/10 11/5 11/5 11/11 12/5 12/11 16/3 23/24 24/3 31/18 33/20
Ciox's [2]  4/5 24/19
Cioxes [1]  16/24
circled [1]  44/5
Circuit [2]  17/21 17/23
circumvent [1]  6/25
cited [1]  13/23
civil [4]  1/19 3/5 14/2 39/17
claim [1]  4/16
claimed [1]  16/7
claiming [2]  24/3 32/15
claims [1]  4/5
clarified [1]  42/9
clarify [5]  19/23 20/9 20/21 40/12 47/20
clear [24]  5/9 7/4 13/9 18/17 19/16 22/17 23/22 27/8 31/2 32/18 32/19 33/2 35/3 36/14 39/11 43/1 43/14 43/22 45/9 45/12 46/21 46/23 47/2 47/25
cleared [1]  8/23
clients [2]  45/25 46/1
closed [1]  8/23
cloud [1]  45/8
codified [1]  22/20
colleague [2]  11/14 43/25
colleagues [1]  21/21
collecting [1]  9/6
collection [1]  33/10
collects [1]  7/15
COLUMBIA [1]  1/3
come [8]  3/3 9/4 10/19 42/19 45/11 45/22 49/14 49/19
comes [8]  10/8 29/19 33/20 33/21 33/22 35/8 38/4 38/8
coming [2]  37/2 49/7
comment [2]  4/14 24/25
common [1]  14/1
company [5]  25/11 26/10 36/19 36/25 37/2
compensation [3]  5/6 7/1 17/3
compiling [1]  23/17
Complainant [1]  8/12
complaint [1]  6/7
completely [1]  40/25
compliance [1]  35/12
compliant [1]  8/15
comply [2]  6/9 6/16
complying [1]  20/1
computer [1]  2/8
computer-aided [1]  2/8
concede [1]  34/2
concern [2]  45/10 45/20
concerned [2]  15/25 41/13
concerning [2]  3/20 46/7
conclude [1]  22/8
concluded [1]  50/3
conclusion [1]  48/24
concrete [1]  49/6
conferred [4]  11/17 21/24 43/24 46/11
confess [1]  17/18

confidential... [1]  36/5
Congress [1]  35/8
consequence [1]  17/15
consider [1]  18/5
considered [1]  6/2
considering [1]  22/14
conspicuous [1]  47/25
Constitution [1]  2/5
consult [1]  11/14
contact [1]  6/8
context [2]  45/5 45/19
CONTINUED [1]  2/1
contract [5]  5/16 5/19 9/10 12/7 35/13
contracted [1]  33/21
contracts [6]  5/4 7/5 32/11 32/14 33/6 35/7
conversation [2]  48/18 49/21
conveyed [1]  37/9
copies [3]  8/5 9/22 34/10
copy [9]  16/17 19/25 23/5 28/8 28/16 30/9 30/19 30/21 34/12
copying [7]  19/18 21/13 21/14 23/1 23/3 23/10 23/16
correct [11]  7/13 7/17 11/19 17/1 23/25 35/20 37/8 38/5 40/5 47/18 51/3
cost [13]  6/1 6/6 7/18 11/24 18/24 19/24 20/16 20/19 21/12 22/6 24/5 24/10 41/20
cost-based [10]  6/1 6/6 7/18 19/24 20/16 21/12 22/6 24/5 24/10 41/20
cost-based-fee [1]  11/24
costs [16]  11/23 19/17 19/23 20/7 20/15 21/1 21/2 21/8 21/11 21/12 21/17 22/5 23/1 23/8 23/11 31/18
could [17]  7/6 7/23 10/10 10/11 10/14 11/5 11/23 12/5 15/19 19/24 20/3 20/7 20/19 28/23 34/2 34/16 38/15
counsel [8]  3/10 9/4 11/17 21/24 32/4 43/24 46/11 49/22
couple [1]  49/24
course [1]  15/6
court [11]  1/2 2/2 2/4 17/11 17/24 17/24 24/1 31/20 34/16 50/2 50/2
Courthouse [1]  2/4
courtroom [2]  49/5 49/19
cover [2]  32/3 33/8
covered [68]
covers [1]  12/4
create [4]  17/14 19/25 37/13 37/15
created [3]  38/10 39/8 48/24
creating [2]  23/5 23/13
cross [1]  3/17
cross-motions [1]  3/17
CRR [2]  51/2 51/8
Cures [1]  10/1
curious [1]  24/19
current [1]  27/1
currently [1]  32/12

**D**

D.C [3]  1/6 1/21 2/6
date [2]  21/3 51/7
day [1]  23/23
deal [1]  18/9

dealing [1]  46/15
decided [2]  22/3 44/6
decides [1]  35/8
defects [1]  4/5
defendants [4]  1/8 1/18 3/9 4/4
Defense [2]  11/17 21/24
defer [1]  13/14
deference [2]  13/7 13/14
define [1]  39/22
defined [2]  12/3 14/4
defines [1]  19/1
definition [1]  36/3
definitions [1]  39/22
delay [1]  3/16
delimit [1]  28/23
deliver [1]  38/9
demonstrating [1]  44/8
DEPARTMENT [2]  1/19 49/9
depend [1]  11/10
depending [1]  9/9
depends [1]  43/2
derives [1]  41/1
designated [3]  30/12 31/5 43/6
designation [1]  47/25
designed [2]  6/23 8/3
determination [1]  18/14
determines [1]  39/19
determining [1]  22/14
did [4]  9/17 22/4 40/15 48/3
didn't [1]  38/11
differ [1]  44/23
difference [6]  21/13 22/2 23/16 37/24 38/6 39/16
different [12]  20/10 21/4 22/10 23/19 26/1 29/18 29/19 39/24 44/17 48/6 49/8 49/21
differentiate [1]  9/17
differentiated [1]  23/10
differentiates [1]  31/4
differs [2]  9/9 9/12
difficult [1]  17/20
direct [7]  9/3 10/9 14/15 30/16 30/20 34/16 38/13
directed [9]  8/14 10/2 24/9 27/11 27/22 28/4 28/9 30/1 30/2
directing [1]  25/17
directions [1]  18/7
directive [17]  19/10 24/7 25/6 32/21 32/23 34/5 37/1 37/13 37/20 38/10 39/8 41/21 42/12 44/2 44/6 47/1 48/16
directly [10]  10/8 10/19 10/23 11/5 11/20 14/12 15/18 28/9 28/17 30/21 32/20 34/13 35/22 41/16 47/11
directs [3]  28/7 28/16 29/3
disagree [5]  18/22 18/25 22/9 25/13 25/24
disassociated [1]  20/25
disclaimer [1]  18/13
disclose [1]  35/11
disclosure [5]  4/23 13/15 13/16 35/25 36/4
disclosures [1]  5/12
discussed [1]  17/9

dismiss [1]  48/15
dispute [1]  49/15
distinction [5]  20/23 21/7 21/16 31/6 41/25
distributing [1]  20/2
DISTRICT [4]  1/2 1/3 1/11 17/24
Division [1]  1/19
do [33]  7/21 7/22 9/1 9/4 9/6 9/10 11/13 18/1 18/17 19/15 21/21 24/12 24/17 25/13 26/23 27/1 28/10 33/3 33/4 33/10 33/11 36/7 38/17 39/1 40/21 41/18 42/5 44/11 44/14 45/8 46/23 47/19 49/2
do you [4]  25/13 33/3 33/4 38/17
do you have [2]  9/1 24/17
doctor [2]  25/11 31/1
documents [1]  44/18
does [15]  4/7 4/25 6/19 14/12 23/8 23/12 24/1 26/17 28/5 36/17 40/2 40/8 44/6 46/6 49/1
doesn't [14]  4/12 5/22 11/19 17/9 19/10 26/3 29/4 31/21 40/2 43/17 45/10 46/9 48/17 49/22
doing [2]  7/2 47/23
dollar [2]  49/10 49/10
don't [11]  11/4 13/10 15/11 16/13 27/19 33/23 38/25 40/9 40/23 42/4 46/8
down [3]  39/24 48/18 49/3
dozen [1]  34/10
drawn [1]  17/21

E

each [1]  7/8
easier [1]  37/14
ECF [1]  8/10
economic [2]  12/24 15/22
either [3]  13/13 39/10 42/18
electronic [7]  19/10 19/25 20/8 20/20 20/24 30/10 30/19
ELLIS [1]  1/15
ELMO [1]  34/18
else [2]  4/18 43/7
employee [2]  8/21 14/5
end [2]  16/4 23/22
ends [1]  44/19
enforce [1]  12/13
enforced [2]  16/1 16/6
enforcement [9]  7/3 8/24 15/25 40/13 42/18 44/4 45/2 45/3 46/24
ensure [1]  6/23
enter [1]  33/7
entered [1]  5/5
entities [17]  5/5 5/24 7/6 11/2 13/2 13/20 15/23 16/25 22/4 24/3 24/4 24/13 26/24 32/14 33/7 35/5 39/2
entity [47]  5/8 5/16 6/3 6/4 6/8 6/17 6/23 7/2 7/7 7/12 7/12 8/21 9/19 10/15 11/11 12/10 13/24 14/25 16/19 17/4 20/6 20/9 20/19 20/21 28/2 28/7 28/10 28/16 30/8 30/21 31/5 31/19 32/17 32/21 32/24 33/4 33/8 35/10 35/14 36/11 39/18 39/19 40/14 41/16 41/18 42/19 47/12
entity's [2]  6/9 6/15
ERIC [2]  1/7 3/6
error [3]  8/20 8/23 16/4
especially [1]  49/8

# E

essential [1]  11/22
essentially [3]  28/10 46/7 46/8
estimate [1]  21/1
et [5]  1/7 3/6 16/21 16/21 23/21
et cetera [2]  16/21 23/21
even [12]  10/19 17/11 19/10 21/15 24/6 30/14 31/4 37/21
43/5 43/10 45/16 48/2
ever [1]  33/1
every [2]  25/3 45/18
everybody [3]  3/19 43/15 47/21
everyone [2]  3/4 42/25
evidence [1]  16/5
Exactly [4]  8/2 15/17 42/2 42/7
example [8]  5/18 7/16 8/7 8/14 18/8 18/24 27/1 28/2
excess [4]  6/6 11/24 24/4 41/19
excluded [1]  19/17
Excuse [1]  43/23
exist [1]  38/11
exists [1]  39/6
expense [1]  40/20
explain [4]  4/12 14/11 17/16 40/25
explained [4]  16/3 23/9 24/22 25/3
explaining [5]  13/20 18/18 18/20 22/1 25/5
explains [3]  23/2 23/3 23/16
explanation [5]  17/17 20/4 21/16 23/6 44/10
explicitly [3]  29/10 29/19 32/8
expressly [3]  13/10 35/8 39/16
extend [3]  5/22 6/19 30/11
extends [1]  28/22
extent [2]  6/14 16/8
extra [1]  10/16
extracting [2]  20/1 23/17

# F

faced [1]  46/24
fact [4]  17/20 22/9 31/11 45/19
factor [1]  22/13
facts [1]  44/16
factual [1]  46/20
fair [2]  5/1 33/16
FAQ [1]  18/17
far [5]  7/3 13/7 14/24 15/25 25/2
Fed [3]  15/2 15/10 19/21
Fed Reg [2]  15/2 15/10
federal [8]  1/20 14/1 15/13 26/23 29/7 29/17 38/24 49/19
fee [43]  6/1 6/6 6/9 7/18 11/1 11/10 11/20 11/24 12/10 12/18
13/2 14/22 19/24 20/10 20/16 20/22 20/24 21/8 21/9
21/12 21/18 22/6 23/1 24/5 24/12 25/7 26/2 26/3 28/23
29/2 29/10 30/3 30/7 30/8 38/18 39/9 39/25 41/20 41/23
43/8 43/10 48/4 48/16
fees [14]  4/25 5/22 6/20 7/15 7/15 8/15 13/16 16/20
16/24 26/24 27/2 27/23 36/11 39/1
few [1]  44/24
field [1]  8/21
figure [5]  48/20 48/21 48/22 49/3 49/13
file [1]  19/25

filing [1]  8/19
fill [1]  32/24
filled [1]  38/15
filling [1]  10/17
final [12]  4/7 4/13 17/10 17/19 18/13 20/8 20/21 22/3
22/11 22/14 24/24 31/21
find [6]  17/18 17/20 18/6 32/5 34/17 34/21
fine [1]  25/24
firm [4]  8/14 10/10 42/12 42/13
first [9]  3/12 11/12 29/20 31/14 33/1 35/24 38/10 44/9
44/25
flavor [1]  30/23
Floor [1]  1/16
flows [1]  25/7
following [1]  3/18
follows [1]  45/12
footing [1]  44/19
force [1]  40/12
foregoing [1]  51/3
form [3]  23/18 30/10 37/15
format [1]  30/19
forth [2]  19/18 43/6
forwarded [3]  9/15 11/2 34/5
forwarding [1]  27/3
forwards [2]  32/23 32/24
found [2]  17/11 24/11
four [1]  39/23
framework [3]  10/4 10/25 43/3
frankly [1]  17/24
free [5]  24/4 31/18 41/3 41/18 43/19
freight [2]  42/1 42/4
front [2]  16/14 45/17
fulfilling [3]  6/3 14/15 33/11
fulfillment [1]  33/9
further [6]  23/3 23/3 23/16 31/20 48/18 49/20

# G

game [1]  45/18
general [2]  4/9 33/6
generally [1]  7/20
Georgetown [2]  36/18 36/25
Georgetown University [1]  36/18
get [12]  3/14 6/11 14/10 21/12 26/19 32/21 34/24 37/3
44/14 47/4 48/20 49/23
gets [3]  31/10 43/7 48/1
getting [1]  37/21
Gilad [2]  1/14 3/7
give [5]  9/5 26/7 26/7 34/11 37/16
given [1]  49/17
gives [1]  44/4
go [6]  9/6 11/11 23/12 32/10 36/25 43/17
goes [5]  18/6 20/5 41/25 43/18 48/2
going [22]  6/11 7/7 11/25 12/6 12/6 14/10 35/21 37/12
37/12 37/14 40/12 40/24 44/1 45/1 45/2 45/9 46/19
46/24 48/21 48/22 49/2 49/3
Good [5]  3/10 4/3 32/1 46/2 46/5
got [4]  5/9 37/3 42/12 46/3

## G

governed [1]  29/1
governing [1]  5/4
government [3]  3/15 46/22 49/9
government's [2]  4/1 8/6
grab [1]  18/2
gratified [1]  32/9
Great [1]  34/15
guess [4]  12/3 27/19 45/11 46/21
guidance [34]  3/20 3/21 3/22 4/6 4/7 4/8 4/10 4/12
12/17 12/25 13/1 16/13 17/8 17/9 17/14 17/15 18/12 19/1
19/9 21/5 22/10 23/3 23/12 24/18 25/1 25/3 25/4 25/5
25/7 25/14 29/20 31/15 31/17 46/7

## H

had [5]  24/9 35/6 42/10 48/18 49/21
half [4]  7/23 7/24 34/3 34/10
hands [1]  15/8
hang [1]  13/23
hanging [1]  45/7
happened [1]  32/15
happy [1]  47/3
HARGAN [2]  1/7 3/6
has [20]  3/14 7/22 10/19 16/1 16/11 17/21 19/12 27/22
31/3 31/16 32/18 34/5 37/5 37/6 39/20 39/25 45/12 49/5
49/17 49/22
hat [1]  13/23
have [34]  4/5 9/1 9/10 10/1 12/3 12/8 15/11 16/13 17/12
19/17 24/7 26/11 29/4 29/17 30/18 30/25 33/11 33/21
34/8 34/9 35/6 38/15 38/23 39/12 42/9 42/18 44/6 44/11
45/7 45/10 46/8 46/23 49/7 49/21
he [1]  25/9
head [1]  45/8
health [21]  1/4 3/6 5/20 9/14 9/23 19/11 20/2 23/6 23/18
25/9 25/18 28/8 28/17 35/11 35/15 36/10 36/12 38/13
39/2 39/5 41/14
healthcare [5]  9/14 26/25 27/2 27/3 41/10
hear [2]  24/19 32/10
heard [1]  40/11
hearing [1]  3/13
held [2]  36/10 36/12
help [1]  34/9
her [7]  8/13 9/14 25/9 25/17 30/1 30/24 41/14
here [14]  3/16 6/13 12/17 18/4 18/9 18/15 23/13 27/25
31/3 31/18 36/3 38/25 39/12 48/21
here's [3]  27/21 48/12 49/2
herself [3]  25/10 30/2 30/25
hey [1]  9/5
HHS [14]  6/7 8/22 12/8 14/12 16/1 18/18 19/18 27/8 32/18
38/23 39/13 40/17 40/24 49/9
HHS has [1]  16/1
HHS's [2]  15/15 25/21
him [2]  30/2 30/25
himself [1]  25/10
HIPAA [7]  14/16 33/9 35/5 37/9 37/10 38/15 41/17
his [8]  8/13 9/14 25/8 25/17 29/25 30/24 38/13 41/14
history [1]  35/2

HITECH [2]  18/19 10/22 28/22 29/5 33/9 35/1 35/1
35/2 35/4 35/5 37/11 37/11 38/10 38/12 39/11 39/13 39/14
39/14 39/15 39/16 40/1
HITECH Act [4]  10/22 11/9 29/24 30/5
Hold [1]  22/21
Honor [62]
HONORABLE [2]  1/11 3/2
hook [1]  49/14
hope [1]  45/25
hospital [15]  7/16 7/22 7/23 9/7 9/7 9/7 26/6 26/7 26/7
26/9 28/2 33/12 33/12 33/21 36/18
hospital-to-hospital [1]  33/12
host [1]  5/15
House [1]  35/3
how [14]  9/2 9/10 18/10 19/19 27/19 28/14 35/21 37/5
40/2 48/21 48/22 49/4 49/5 49/11
however [1]  7/14
hypothetical [1]  44/18

## I

I ain't [1]  49/4
I am [2]  33/19 42/8
I apologize [3]  3/14 47/22 48/23
I believe [5]  17/9 23/15 32/18 34/1 34/4
I can [8]  12/3 13/8 32/3 34/11 34/23 38/25 45/17 49/6
I don't [1]  40/9
I don't have [1]  15/11
I don't know [2]  16/13 40/23
I guess [3]  27/19 45/11 46/21
I hope [1]  45/25
I just [6]  31/17 37/24 42/24 43/13 47/19 48/5
I know [2]  18/3 18/4
I mean [16]  12/16 13/6 13/9 26/19 27/21 29/6 29/9 31/10
40/3 40/19 41/6 44/20 45/20 46/17 47/6 48/14
I should [2]  22/14 47/12
I think [13]  9/13 21/3 28/11 32/3 42/21 43/15 43/21 44/5
44/11 44/22 44/24 44/25 46/14
I thought [2]  15/12 47/6
I understand [8]  4/20 4/22 7/15 20/14 21/7 25/24 26/21
37/2
I want [3]  4/20 15/7 47/20
I was [2]  10/5 42/17
I went [1]  26/6
I wouldn't [2]  11/12 13/23
I'd [6]  3/18 3/19 10/8 10/9 15/2 32/5
I'll [7]  4/11 7/19 12/22 16/14 34/21 40/25 43/9
I'm [31]  4/19 6/11 10/10 10/15 13/9 13/12 13/13 14/20 15/5
16/9 19/20 19/22 21/7 22/19 22/24 24/18 24/19 26/22
28/14 28/19 28/20 30/1 31/2 31/8 33/22 35/21 42/25 45/16
45/17 47/3 47/7 47/12
I'm going [1]  35/21
I'm not [1]  21/7
I'm not sure [2]  45/16 45/17
I'm sorry [4]  10/15 15/5 28/20 47/12
I've [4]  5/9 25/14 35/17 37/3
i.e [1]  36/11
idea [1]  29/25
ii [6]  27/8 27/15 27/16 28/5 28/13 35/13

**I**

immerse [1] 49/17
impacts [1] 32/16
important [1] 37/19
impose [2] 30/8 39/17
imposed [2] 14/22 24/5
imposes [1] 30/6
impression [3] 19/5 42/10 42/17
In your [1] 7/9
inaccurate [1] 8/17
include [5] 19/10 19/24 20/3 23/1 39/23
included [7] 5/16 19/18 19/23 20/15 21/9 23/2 23/11
including [3] 3/15 14/4 22/5
indicated [2] 20/6 20/18
indicia [2] 18/5 18/6
individual [63]
individual's [9] 25/15 27/9 28/7 28/15 29/25 30/24 41/10 41/13 47/8
individuals [4] 8/4 8/4 16/16 16/21
industry [4] 12/14 12/18 32/7 49/11
inflicted [1] 15/23
information [31] 5/21 9/15 9/23 20/2 20/8 20/20 20/24 23/7 23/18 23/21 25/9 26/25 28/8 28/17 29/11 30/9 31/10 31/12 35/11 35/15 36/6 36/10 36/12 38/9 39/3 39/5 41/10 41/14 41/16 42/20 43/6
injuries [2] 16/7 24/2
injury [3] 12/24 15/22 42/13
innovated [1] 37/11
Insofar [1] 40/7
instance [2] 10/7 11/12
insurance [4] 26/10 36/19 36/25 37/2
insurer [2] 37/17 40/16
intend [4] 26/23 27/1 38/25 39/1
interest [1] 47/21
interested [1] 4/19
interim [1] 47/3
interpretation [1] 26/20
interpretive [1] 4/9
interprets [1] 13/16
intrahospital [1] 33/13
is [159]
Is it [1] 13/15
Is there [1] 38/20
isn't [2] 22/13 44/15
issue [4] 3/21 16/10 18/25 44/12
issued [2] 8/20 16/4
issues [6] 3/20 3/24 32/3 33/12 33/13 46/6
it [83]
it's [43] 4/1 4/13 6/8 7/21 8/24 15/13 15/16 18/17 18/19 18/20 19/9 19/11 19/16 22/14 23/19 25/9 25/10 25/22 29/16 30/13 30/24 31/10 31/11 31/14 32/13 33/1 34/8 34/19 35/23 37/13 37/14 37/21 41/21 42/1 43/3 43/5 43/10 44/8 47/24 47/25 48/3 48/10 49/8
its [3] 7/5 16/20 16/23
itself [8] 15/24 17/15 24/9 25/20 26/15 27/12 29/24 31/19

Jay [2] 1/14 3/7
JUDGE [1] 1/11
judgment [1] 3/17
jurisdiction [2] 17/25 24/2
just [49] 5/9 7/4 7/10 7/19 7/20 9/9 10/5 11/14 12/2 12/20 13/11 17/6 17/15 17/16 20/17 21/23 22/17 23/22 24/21 24/25 25/8 26/22 30/23 31/2 31/17 32/3 32/10 32/13 32/12 34/16 34/21 34/22 34/23 37/24 41/4 41/5 42/24 43/13 44/5 46/12 46/14 47/16 47/19 47/20 47/21 48/5 48/15 48/19
JUSTICE [1] 1/19

**K**

kind [2] 17/7 32/4
KIRKLAND [1] 1/15
kirkland.com [1] 1/17
knock [1] 34/3
know [24] 5/24 6/2 6/22 8/23 9/21 10/15 12/24 13/12 16/13 18/3 18/4 18/10 22/16 24/22 25/21 26/15 28/11 30/23 31/17 40/23 41/12 45/4 48/20 49/11
knows [1] 48/12

**L**

labor [13] 12/3 18/25 19/18 19/23 20/7 20/10 20/19 20/23 21/1 21/2 21/12 21/17 23/1
lack [1] 24/1
language [16] 13/14 13/15 18/8 18/11 18/11 19/16 20/13 21/7 21/10 22/6 22/25 23/2 23/10 29/23 30/14 39/11
large [1] 29/1
later [1] 20/5
law [5] 8/14 10/9 14/2 42/12 42/13
lawyer [7] 37/17 37/17 40/16 42/16 44/1 44/3 44/3
lead [1] 40/3
least [9] 4/21 12/16 18/23 18/24 22/13 36/20 37/1 45/18 47/11
leave [2] 26/2 28/1
leaves [1] 47/16
leaving [2] 32/20 32/20
lefkowitz [4] 1/14 1/17 3/7 31/24
left [2] 36/4 39/14
legal [2] 17/15 46/15
legislative [1] 35/2
less [1] 41/25
let [9] 3/25 12/22 14/11 22/17 29/21 34/16 34/20 34/22 41/5
let's [2] 26/2 32/22
letter [5] 6/7 8/7 8/9 8/20 16/3
Lexington [1] 1/15
liable [4] 13/21 13/24 14/1 15/18
life [2] 26/9 36/19
like [12] 3/18 3/19 10/8 10/9 10/13 18/15 32/4 32/5 36/18 45/7 46/21 47/2
Likewise [1] 19/3
limitation [13] 11/1 11/20 11/24 13/2 24/10 25/7 29/2 41/20 41/23 43/8 43/10 48/4 48/16
limitations [5] 18/19 24/5 36/11 39/25 45/14
limited [1] 12/2

60

**L**

limiting [3]  16/24 18/8 18/11
limits [2]  33/24 40/7
lines [1]  17/21
lists [1]  5/15
litigating [1]  41/1
litigation [2]  45/5 45/19
little [1]  10/16
live [1]  44/12
LLC [2]  1/4 3/6
LLP [1]  1/15
locating [1]  23/21
logically [1]  23/9
logistics [1]  7/14
long [5]  3/14 12/7 15/13 41/12 48/3
longer [1]  38/20
longstanding [2]  38/22 39/4
look [9]  12/5 12/12 18/3 19/15 26/19 34/12 36/3 37/3 39/13
looking [2]  19/16 28/19
lot [2]  31/3 40/20
lots [2]  5/10 49/16

**M**

made [7]  9/19 20/23 31/6 32/18 45/12 47/24 48/10
maintain [1]  22/1
make [18]  4/20 5/10 5/20 21/16 22/11 32/19 33/15 35/3 35/14 35/24 36/14 36/22 36/22 36/24 42/25 43/13 45/9 46/12
makes [8]  8/12 19/5 25/8 27/8 35/3 37/17 42/1 44/2
making [5]  15/20 38/1 44/19 45/21 47/21
mandate [2]  36/7 45/1
market [2]  33/16 46/25
materials [1]  34/6
matter [5]  4/7 9/2 11/19 36/17 51/4
matters [1]  14/18
maximum [1]  16/15
may [10]  10/1 16/20 17/6 20/9 20/21 21/6 30/8 33/11 33/12 35/10
maybe [6]  9/3 9/9 33/19 33/21 40/11 47/7
me [32]  3/25 8/8 9/5 10/13 12/20 13/4 13/9 13/23 14/11 22/17 26/7 26/7 29/9 29/21 32/6 34/16 34/20 34/22 36/20 37/23 41/5 43/23 44/16 45/17 48/6 48/15 48/19 49/5 49/7 49/14 49/17 49/23
mean [24]  4/25 11/4 12/16 13/6 13/9 13/22 16/24 18/24 22/7 26/19 27/21 29/6 29/9 31/10 40/3 40/19 41/6 44/20 45/20 46/6 46/17 47/6 48/9 48/14
means [2]  36/4 48/13
mechanical [1]  2/7
mechanism [1]  39/8
media [3]  20/2 20/2 23/19
medical [6]  8/13 9/5 10/9 10/18 37/21 40/21
MEHTA [2]  1/11 3/3
member [1]  14/4
merely [1]  32/16
Merit [1]  2/3
merits [3]  3/21 4/15 24/22

**N**

million [1]  49/10
mind [3]  11/13 18/1 47/20
minute [1]  39/10
misimpression [2]  12/15 12/21
mistaken [1]  8/20
misunderstanding [3]  33/19 33/22 47/7
model [1]  33/6
modifications [1]  15/3
moment [5]  6/12 11/14 21/23 26/3 46/10
money [4]  10/16 14/2 14/25 39/17
moot [2]  46/7 46/8
more [10]  5/25 10/18 11/6 16/11 24/17 28/3 32/11 32/25 40/14 42/16
most [3]  4/9 4/19 17/22
motion [2]  3/16 4/1
motions [1]  3/17
move [4]  42/21 46/4 47/3 47/14
Mr. [1]  31/24
Mr. Lefkowitz [1]  31/24
Ms. [2]  3/25 35/18
Ms. Andrapalliyal [2]  3/25 35/18
much [2]  16/9 37/14
multi [1]  49/10
multi-million [1]  49/10
multiple [1]  4/5
murky [1]  17/19
must [6]  5/15 5/19 5/20 6/16 28/10 35/14
my [23]  9/5 9/11 9/24 10/9 10/20 11/8 11/14 15/8 18/2 18/3 21/10 21/19 26/1 26/7 28/11 29/23 36/19 36/24 37/5 38/1 43/25 46/1 48/25
myself [2]  38/24 49/17

**N**

need [2]  5/10 49/11
needs [1]  25/11
negotiate [1]  32/11
negotiates [1]  7/5
negotiation [1]  12/10
never [2]  16/1 38/12
nevertheless [1]  24/11
new [7]  1/16 17/14 18/19 19/13 23/13 24/25 37/13
next [2]  40/1 42/21
no [20]  1/6 12/8 13/8 16/5 16/18 18/11 20/25 21/20 23/12 25/12 25/19 25/22 31/6 31/16 31/18 37/23 38/6 38/20 39/9 49/18
nobody [3]  48/12 49/5 49/17
nod [1]  46/3
non [1]  45/19
non-fact-bound [1]  45/19
none [3]  17/13 23/24 35/18
not [69]
noted [1]  29/16
nothing [3]  18/14 29/6 33/11
notice [3]  4/14 8/10 24/24
notice-and-comment [1]  4/14
November [1]  16/4
now [17]  3/16 19/9 21/18 22/10 29/13 29/17 32/7 32/10 35/21 43/9 44/14 44/17 45/5 45/15 45/18 48/18 49/16

**N**

Nowhere [1]  23/8
NW [2]  1/20 2/5
NY [1]  1/16

**O**

obligation [3]  6/18 29/5 30/6
obligations [2]  6/15 33/8
obtain [2]  20/24 30/18
odd [1]  32/6
off [5]  11/17 21/24 34/3 43/24 46/11
Official [1]  2/4
often [2]  18/12 18/13
Oh [1]  28/11
okay [21]  6/11 15/11 17/5 22/21 22/24 23/14 24/15 26/22
 27/18 28/13 31/22 34/19 34/20 36/25 42/23 43/21 45/24
 46/18 47/5 47/14 48/13
omission [1]  14/3
one [21]  5/11 7/23 16/11 17/23 21/18 26/1 27/2 35/1 37/15
 37/25 38/2 39/14 39/15 39/24 39/25 40/1 43/23 45/4
 46/10 46/14 49/18
one-page [1]  37/15
only [9]  15/12 23/1 25/15 33/17 35/5 35/11 35/24 36/21
 40/11
operate [1]  49/12
operated [2]  19/4 24/11
operating [2]  16/20 16/23
opinion [1]  13/13
opposed [1]  25/17
opposite [3]  20/17 26/22 48/19
oral [2]  1/10 8/11
order [2]  3/3 32/4
Organizational [1]  5/12
other [13]  11/10 12/2 13/6 14/22 21/9 22/9 25/16 26/25
 31/16 33/10 34/7 39/3 40/19
ought [2]  9/3 27/25
our [14]  8/19 10/16 11/23 12/25 23/15 24/1 24/23 25/3
 32/14 32/16 33/5 33/6 42/18 45/8
ourselves [1]  32/6
out [23]  5/10 6/14 6/15 8/22 9/14 15/4 15/12 15/15 19/1
 23/20 29/19 32/20 32/21 38/15 43/25 45/6 45/11 45/18
 48/20 48/21 48/22 49/3 49/13
outsourcing [1]  6/24
over [2]  24/2 45/8
overall [1]  17/3
overarching [1]  27/9
owe [2]  10/16 13/7
own [1]  35/22

**P**

p.m [2]  1/7 50/3
page [7]  15/11 16/13 34/16 34/21 37/15 42/25 45/2
pages [2]  15/12 49/16
paper [1]  23/5
papers [1]  28/12
paperwork [1]  18/2
parenthetical [1]  16/22
part [3]  12/7 21/11 42/22

particular [2]  4/15 12/19
particularly [2]  4/19 5/14
parties [6]  29/11 33/14 33/16 41/4 41/7 49/7
party [59]
patient [35]  7/8 7/17 7/20 7/22 7/24 9/13 10/7 10/10
 10/18 11/6 14/22 19/3 19/8 19/12 25/15 26/11 28/3 31/8
 32/22 32/25 33/12 33/18 34/7 36/2 36/21 37/7 37/16 39/6
 42/17 44/4 44/6 47/1 47/9 47/10 47/11
patients [2]  9/4 33/17
pause [1]  15/7
pay [1]  43/9
paying [5]  40/22 42/1 42/3 42/5 43/4
pays [1]  43/2
penalize [2]  32/20 40/15
penalties [1]  40/13
penalty [3]  14/2 34/25 39/17
people [1]  33/13
percentage [1]  12/6
performance [1]  6/17
performing [1]  15/1
permit [1]  39/9
permitted [2]  10/3 10/24
permutations [1]  46/20
person [5]  28/9 28/18 30/12 31/5 38/13
personal [3]  36/10 36/12 42/12
perspective [1]  25/21
pertain [2]  17/7 28/6
pertains [1]  13/2
pertinent [1]  15/13
PHI [7]  9/18 16/17 24/8 29/1 30/1 30/19 30/24
plaintiff [6]  1/5 1/14 3/8 12/23 43/24 46/11
plaintiff's [2]  6/7 9/4
plaintiffs [1]  34/12
plan [1]  9/14
Please [3]  3/3 3/4 38/1
pleased [1]  42/9
plus [1]  12/6
point [7]  3/15 15/2 23/4 23/23 31/11 35/1 46/14
pointing [1]  19/20
points [5]  6/14 18/23 35/2 43/25 46/13
police [1]  24/14
policy [5]  4/9 37/10 38/23 39/4 39/4
portion [1]  25/5
portions [3]  4/12 17/13 17/16
posed [2]  16/15 49/22
position [18]  4/21 5/2 5/18 8/6 11/7 13/5 13/7 13/11 25/14
 27/6 27/22 29/8 34/4 41/1 41/6 42/11 44/11 46/23
positions [1]  24/20
post [2]  39/15 39/16
post-HITECH [2]  39/15 39/16
postage [1]  23/5
potential [1]  45/18
potentially [1]  47/15
practical [1]  9/2
practice [1]  44/1
practices [1]  27/1
pre [2]  35/5 39/14
pre-HITECH [2]  35/5 39/14

## P

preamble [4]  15/3 19/16 23/2 23/10
premise [1]  8/20
preparing [2]  20/3 23/6
presented [2]  37/24 44/15
presiding [1]  3/3
pretty [1]  43/21
principles [1]  18/4
printed [1]  15/12
prior [4]  25/14 26/5 26/11 38/12
privacy [13]  3/22 3/23 4/24 5/1 5/21 15/4 18/18 35/16
  39/25 40/4 40/4 40/7 40/14
privilege [1]  32/1
problem [3]  12/8 13/22 48/12
proceed [2]  3/18 31/20
proceedings [4]  1/10 2/7 50/3 51/4
process [1]  37/12
produced [1]  2/8
profit [2]  12/1 12/7
profitable [1]  24/12
Programs [1]  1/20
promulgated [1]  39/13
proposed [3]  20/6 20/18 22/2
protect [1]  8/3
protected [10]  5/20 9/22 20/1 23/6 23/18 28/8 28/17
  35/11 35/15 41/14
provide [3]  4/22 5/19 16/16
provided [1]  28/23
provider [5]  9/14 10/14 12/19 27/2 27/3
provides [2]  7/6 17/17
providing [8]  10/17 16/21 17/3 26/24 30/9 39/2 39/5
  39/7
provision [9]  6/10 6/13 13/18 13/20 34/25 36/5 38/18
  39/21 39/23
provisions [5]  4/24 5/1 35/16 40/1 40/13
pull [1]  5/10
purely [1]  46/15
purposes [1]  27/4
pursuant [1]  41/21
put [2]  15/8 34/18

## Q

question [6]  9/3 16/11 16/15 26/1 36/15 46/15
questions [1]  31/16
quickly [1]  46/24
quite [2]  21/22 32/9
quote [2]  22/17 38/25
quoted [2]  38/23 38/23

## R

raise [1]  47/15
rate [29]  7/8 7/17 7/20 7/24 10/11 10/18 11/6 14/22 19/3
  19/8 19/12 25/15 26/11 28/3 31/8 32/25 33/16 33/18 34/7
  36/2 36/21 37/7 39/6 40/14 42/5 42/17 44/7 46/25 47/9
rates [2]  8/4 33/12
rather [2]  11/1 37/2
re [1]  32/11
re-negotiate [1]  32/11

reached [1]  8/22
read [5]  16/14 16/23 18/17 30/11 45/1
reading [3]  19/22 26/22 49/16
really [3]  36/1 44/14 48/14
Realtime [1]  2/3
reason [4]  12/17 16/7 39/12 48/3
reasonable [12]  5/25 6/6 7/18 11/24 12/4 19/23 20/15
  21/11 22/5 24/5 25/4 41/19
reasons [4]  4/13 24/23 24/23 44/24
receive [2]  14/25 43/7
received [2]  8/9 16/3
receives [4]  5/7 7/2 25/10 41/17
receiving [2]  8/5 41/9
recently [1]  8/7
record [9]  11/17 14/20 21/24 43/24 45/9 46/11 46/22
  47/3 51/3
recorded [1]  2/7
records [21]  8/13 9/5 10/9 10/18 19/11 25/18 26/8 27/3
  28/4 33/10 33/11 33/13 36/19 37/4 37/21 38/1 38/13 40/21
  42/15 43/7 47/9
recoup [2]  11/23 31/18
recouped [1]  21/11
recover [2]  19/1 22/5
referring [1]  15/8
Reg [3]  15/2 15/10 19/21
regarding [1]  24/17
Register [4]  15/13 29/7 29/17 38/24
Registered [1]  2/3
Regs [1]  26/23
regulate [3]  12/12 14/12 35/9
regulated [7]  5/8 7/2 12/11 12/19 27/23 35/4 35/6
regulating [2]  35/25 49/10
regulation [18]  5/11 5/14 5/19 13/8 14/13 14/19 14/21
  15/24 16/1 28/19 29/13 33/23 34/8 34/24 39/11 39/13
  44/9 47/17
regulations [15]  4/22 5/4 5/10 6/23 8/1 8/3 12/2 12/20
  14/23 16/6 32/7 32/19 33/2 34/11 35/22
regulatory [1]  13/20
reiterate [1]  31/17
related [1]  21/1
relationship [1]  32/17
release [2]  36/4 38/3
remarkable [1]  48/14
Remember [1]  41/8
report [1]  35/3
Reporter [4]  2/2 2/3 2/3 2/4
request [31]  7/8 8/10 8/13 9/15 10/2 10/24 11/2 16/18 19/5
  24/8 27/9 27/10 27/11 27/12 28/7 28/15 29/3 29/25
  30/24 31/7 32/24 33/15 36/22 36/23 36/24 37/18 44/2
  44/19 45/21 48/10 48/16
requested [1]  31/12
requesting [7]  8/5 25/8 41/15 43/5 47/24 48/4 49/1
requests [12]  6/4 9/18 9/19 9/21 13/3 23/20 24/8 25/16
  25/16 29/1 29/1 33/9
required [5]  10/4 10/25 18/10 18/21 48/11
requirement [5]  17/14 23/13 25/20 25/23 35/6
requirements [8]  4/14 5/13 5/15 6/16 6/25 18/19 24/25

**R**

requirements... [1]  36/9
requires [1]  17/17
requiring [2]  18/20 40/21
respect [8]  4/6 12/16 14/21 27/2 33/17 35/25 36/10 36/11
respectfully [1]  44/23
respects [1]  14/13
respond [3]  10/3 10/4 10/24
response [1]  24/19
responsibility [3]  6/9 6/24 14/16
responsible [1]  9/6
result [2]  12/25 13/1
retrieval [18]  19/17 20/8 20/9 20/14 20/15 20/20 20/22
  21/8 21/9 21/11 21/13 21/17 21/18 22/4 22/5 23/8 23/11
  23/19
retrieving [1]  20/11
return [1]  50/2
revert [1]  3/22
review [1]  4/8
reviewing [1]  23/20
right [28]  3/10 5/11 7/19 10/11 14/6 14/17 18/23 19/7 19/14
  19/22 23/24 27/7 28/21 29/8 29/20 30/18 34/2 34/19
  36/22 37/13 39/15 40/4 41/13 41/24 42/14 43/12 45/18
  49/16
ripe [3]  44/24 44/25 45/8
ripeness [2]  44/14 46/14
rise [3]  3/2 44/4 50/1
RMR [2]  51/2 51/8
roads [1]  40/3
Room [1]  2/5
routinely [1]  8/15
rule [33]  3/22 3/23 3/24 4/24 5/1 5/22 15/4 17/17 18/19
  18/20 19/15 19/18 20/6 20/8 20/18 20/21 21/12 21/16 22/2
  22/3 22/16 22/18 23/8 23/13 25/20 26/14 31/13 33/6
  39/25 40/4 40/4 40/7 49/6
rules [1]  49/4
ruling [1]  49/4
run [2]  7/25 17/7

**S**

said [17]  15/16 21/4 22/11 26/7 26/9 26/21 29/10 32/10
  37/11 38/25 40/10 40/11 41/4 45/7 45/22 47/6 47/20
same [2]  21/18 42/25
sat [1]  48/18
satisfied [1]  40/6
say [23]  7/6 7/16 9/4 10/7 10/15 11/4 12/5 18/9 18/9 19/19
  20/5 26/17 32/22 36/7 36/18 39/17 40/15 41/3 44/1 44/13
  45/1 45/2 47/12
saying [5]  11/22 15/22 18/25 20/14 37/3
says [18]  10/8 13/10 13/25 18/13 19/23 20/17 21/12 22/10
  22/17 22/25 28/1 28/6 32/8 35/13 35/18 38/9 40/7 43/9
scanning [2]  20/1 23/17
scenario [7]  38/2 38/3 38/17 44/15 45/16 45/18 49/21
scenarios [2]  37/24 38/7
scope [1]  14/7
seated [2]  3/3 3/4
second [3]  15/7 39/24 43/23

technical [1]  19/19
seconds [1]  49/8
Secretary [2]  39/17 39/19
section [10]  6/1 6/25 9/20 25/3 27/13 27/19 27/21 30/4
  36/3 41/13
Section 164.524 [3]  6/1 6/25 41/13
Section 17935 [2]  9/20 30/4
see [4]  6/6 13/10 13/22 18/12
seeing [1]  21/7
seems [2]  12/18 32/6
segregating [1]  23/20
send [9]  25/23 26/9 30/6 30/25 34/6 36/19 36/23 38/1
  44/3
sending [2]  29/10 42/20
sends [2]  32/22 44/3
sense [4]  9/10 25/8 32/9 44/21
sent [9]  8/7 9/18 11/2 25/25 30/25 38/13 42/15 45/4
  45/13
separate [1]  23/9
service [4]  10/14 10/17 12/19 47/12
services [3]  7/6 15/1 17/4
set [3]  19/18 43/6 44/16
sets [2]  15/4 15/15
setting [1]  17/8
shall [1]  30/18
she [2]  25/10 35/18
shift [1]  29/7
should [5]  16/23 22/14 40/17 40/17 47/12
shouldn't [1]  32/9
show [1]  35/21
shutdown [1]  3/15
sign [1]  37/16
signals [1]  29/7
silently [1]  29/13
similar [2]  4/13 24/22
simplification [2]  39/20 39/23
simply [14]  12/12 12/25 16/5 17/16 18/18 18/20 22/1
  24/21 31/10 32/19 33/14 34/10 37/15 45/9
since [2]  4/1 46/14
sit [1]  49/3
situation [3]  32/6 38/20 44/14
situations [2]  28/24 37/19
skill [1]  19/2
skill-technical [1]  19/2
skilled [1]  19/24
slides [1]  34/10
so [79]
so it's [2]  31/14 35/23
So this is [1]  27/13
so-called [2]  24/6 25/6
some [13]  12/6 14/13 18/4 18/13 19/16 21/1 21/9 23/18
  24/20 29/4 32/9 44/20 46/25
somebody [1]  14/4
somehow [2]  12/19 21/9
someone [1]  43/7
something [13]  10/5 12/12 16/11 19/11 20/25 21/4 22/10
  24/14 25/9 25/10 27/25 41/17 49/6
sometimes [1]  17/21

64

somewhere [1]  4/18
sorry [9]  8/8 10/15 15/5 15/9 28/11 28/12 28/14 28/20
 47/12
sort [20]  4/15 6/22 10/25 11/22 13/10 15/20 15/23 16/8
 17/14 19/1 23/16 23/23 24/19 27/9 29/24 31/11 33/10
 35/17 43/3 44/20
sounds [1]  10/13
space [1]  24/11
speak [1]  12/23
specific [2]  34/24 47/25
specifically [3]  8/11 10/2 17/8
speculative [1]  16/8
spending [1]  16/9
spent [2]  19/25 20/3
staff [2]  19/2 19/24
standing [8]  3/20 3/24 15/21 17/8 17/12 31/18 39/12 46/9
start [7]  3/19 4/2 4/18 32/5 34/22 46/19 49/20
state [1]  23/8
stated [1]  8/19
statement [3]  4/9 8/17 21/22
states [4]  1/2 1/11 5/19 49/9
statute [8]  9/24 13/8 13/12 31/13 32/19 33/23 41/2 44/8
statutes [3]  9/25 33/2 34/11
stemming [1]  17/15
stenography [1]  2/7
step [2]  15/19 29/21
steps [1]  35/23
sticks [1]  49/18
still [2]  11/23 43/11
stipulation [2]  46/22 47/2
streamline [2]  37/12 39/9
Street [1]  1/20
structure [2]  12/18 14/22
stuff [1]  48/13
subclause [1]  30/15
subcontracted [1]  7/21
subcontractor [1]  14/5
subject [15]  4/8 4/14 4/23 4/25 8/24 10/4 11/1 13/9 14/19
 14/21 24/9 24/24 30/3 36/21 37/6
subjects [1]  31/7
subpart [2]  6/16 6/16
Subsection [1]  5/14
subsequent [2]  8/19 9/25
subsequently [1]  8/22
substantive [3]  3/24 17/14 25/2
subsumed [1]  27/12
such [9]  6/17 19/25 30/9 30/9 30/11 30/21 31/6 35/11
 38/20
suggested [2]  11/3 13/6
suggesting [2]  22/2 32/7
Suite [1]  1/16
summary [4]  3/17 5/1 20/4 23/6
Supplies [1]  23/5
supporting [1]  24/23
supposed [8]  13/13 13/14 14/14 18/10 22/6 25/25 43/3
 49/11

Supreme Court [1]  17/24
sure [11]  4/20 5/10 11/15 18/3 34/14 35/3 36/16 42/25
 45/16 45/17 47/21

**T**
take [5]  4/11 12/7 15/19 18/5 29/21
taken [3]  3/14 13/21 14/14
takes [2]  13/5 20/24
taking [1]  42/11
talk [4]  4/15 39/10 49/3 49/23
talking [8]  7/11 7/11 22/18 22/19 36/1 43/2 44/15 44/17
talks [3]  9/21 13/24 30/7
technical [3]  19/2 19/2 19/4
tell [6]  12/23 13/4 13/8 13/9 33/7 49/13
telling [5]  10/13 12/20 29/9 37/23 49/7
terms [7]  7/1 7/14 10/17 13/7 19/3 43/6 45/20
text [1]  34/11
textual [1]  13/5
than [15]  5/25 10/18 11/6 20/10 21/4 22/10 26/25 28/3
 32/11 32/25 34/7 39/3 40/14 42/16 48/6
thank [6]  3/12 11/16 31/22 31/23 31/25 49/25
thank you [5]  3/12 11/16 31/22 31/23 31/25
thanks [1]  32/1
that [266]
that's [47]  3/23 5/12 7/2 9/20 10/11 11/7 11/18 12/3 12/7
 12/11 12/20 13/22 14/10 17/13 18/9 20/25 21/3 21/4 21/18
 21/19 21/22 22/1 22/6 23/25 24/6 25/23 26/13 26/14
 28/21 30/3 30/23 31/13 31/13 34/19 36/1 38/2 38/5 41/9
 43/21 44/8 45/9 45/16 45/16 45/21 45/22 47/6 48/6
their [14]  8/10 12/18 13/21 16/7 16/17 25/13 34/4 35/22
 36/7 36/20 40/21 42/20 45/1 46/22
them [10]  10/9 10/10 19/13 26/3 26/9 34/12 41/5 45/6
 45/22 49/13
themselves [1]  12/23
then [35]  3/21 3/22 4/14 5/9 10/14 23/3 27/11 30/7
 30/25 33/14 34/8 34/23 36/7 36/14 37/17 38/17 39/22
 40/1 42/5 42/19 42/21 43/18 44/1 44/3 44/5 44/7 44/11
 44/13 44/20 46/6 46/21 47/11 47/16 48/16 49/14
theory [1]  36/20
there [18]  4/2 5/3 13/17 14/10 14/12 17/11 17/22 22/8
 24/25 27/25 33/23 34/19 38/12 38/19 38/20 38/22 39/9
 39/24
there's [22]  6/13 13/8 13/19 13/25 16/5 18/11 18/13 18/14
 18/16 20/23 21/13 21/20 25/12 29/6 31/3 31/6 31/18 37/23
 38/6 39/6 40/25 49/14
these [10]  5/10 7/25 15/20 16/5 17/3 18/12 34/10 35/6
 37/3 49/4
they [50]  4/25 8/10 9/6 10/11 10/14 11/11 12/21 14/18
 14/21 14/25 17/7 18/9 18/22 18/25 25/24 30/25 32/19
 33/1 33/15 34/2 34/8 35/6 35/24 36/7 36/14 38/25 38/25
 39/16 39/22 40/11 40/12 40/15 40/15 40/21 41/3 41/4
 41/6 41/7 42/10 42/11 42/17 45/1 45/1 45/2 45/4 45/6
 45/7 45/22 48/21 49/11
they'll [1]  40/11
they're [10]  12/24 16/8 18/25 24/4 44/1 45/2 45/9 47/8
 49/11 49/13
they've [7]  19/4 32/10 40/9 44/5 45/22 47/6 47/24

## T

things [4]  19/13 25/22 39/24 49/8
think [17]  9/13 11/12 17/22 21/3 26/3 28/11 32/3 42/21
  43/15 43/21 44/5 44/11 44/22 44/24 44/25 45/8 46/14
third [65]
third-party [15]  19/10 24/7 25/6 32/21 32/23 34/5 37/1
  37/13 37/20 38/10 39/8 42/12 44/2 44/6 48/16
this [67]
those [10]  6/4 6/22 19/13 29/1 34/6 37/19 38/7 43/7
  45/25 46/1
though [6]  10/19 21/15 30/14 31/2 31/4 44/13
thought [2]  15/12 47/6
three [1]  4/11
threshold [2]  4/7 24/1
through [7]  4/11 8/13 17/7 18/17 29/13 34/23 35/17
throwing [1]  46/20
tied [1]  12/19
time [11]  10/1 16/9 19/2 19/24 20/3 29/20 31/14 33/1
  38/11 44/10 47/14
times [4]  7/7 7/23 7/24 7/24
timing [1]  3/12
tiny [1]  16/8
titled [2]  5/12 51/4
today [4]  32/2 32/18 41/1 41/3
told [4]  48/6 48/15 48/19 49/5
too [6]  6/19 16/23 19/12 19/22 34/19 34/19
totality [1]  19/15
transaction [1]  37/6
transcript [3]  1/10 2/7 51/3
transcription [1]  2/8
transfer [1]  36/4
transmit [3]  28/8 28/16 30/21
traveling [1]  44/18
treatment [1]  27/4
trying [3]  10/6 31/3 49/17
turn [2]  3/25 10/14
turns [2]  9/7 45/15
two [11]  7/24 7/24 18/23 25/22 28/24 35/23 37/24 38/3
  38/7 46/13 49/7
types [1]  18/12

## U

U.S [2]  1/19 2/4
U.S.C [4]  9/20 10/22 29/24 30/3
ultimately [1]  22/3
uncapped [1]  38/18
unclear [1]  47/22
under [27]  6/1 6/15 8/25 9/24 10/16 10/21 10/22 10/25
  12/14 12/21 14/16 15/21 17/12 19/4 31/21 33/9 35/22 36/20
  37/10 39/10 39/11 42/10 42/17 43/3 43/6 48/4 48/10
understand [15]  4/20 4/22 7/10 7/15 10/6 17/20 19/4
  20/14 21/7 25/24 26/21 27/19 33/23 37/2 45/5
understanding [11]  9/1 9/11 9/25 10/21 11/8 15/15 21/10
  21/19 29/23 37/5 48/25
understands [1]  47/21
unfortunate [1]  3/15
UNITED [3]  1/2 1/11 49/9

## V

University [1]  36/18
unless [2]  13/9 45/8
until [1]  50/2
up [3]  8/23 44/19 49/7
upon [4]  9/9 37/5 39/18 49/20
us [13]  3/14 10/16 10/19 32/20 32/23 34/5 38/9 38/9
  40/15 42/18 42/19 45/4 47/16
usdoj.gov [1]  1/22
use [5]  4/23 13/15 13/16 35/10 35/25
use-and-disclosure [1]  13/15
used [1]  37/21
Uses [1]  5/12
using [1]  46/25
usually [5]  9/13 33/5 37/20 48/1 48/25

## V

validity [1]  25/2
version [1]  26/15
versus [4]  3/6 9/19 20/24 23/19
very [10]  17/19 17/20 21/4 34/24 42/8 44/9 44/11 44/21
  45/12 46/24
view [24]  6/19 7/4 7/9 7/16 7/23 7/25 8/17 12/1 12/5
  12/25 14/18 14/20 21/15 23/23 26/2 26/5 26/10 28/22
  29/18 29/19 31/7 38/6 38/17 42/20
Vinita [3]  1/18 3/9 4/4
Vinita Andrapalliyal [1]  3/9
vinita.b.andrapalliyal [1]  1/22
violated [1]  39/20
violation [1]  14/2

## W

waiver [1]  18/11
walk [1]  34/23
walked [1]  35/17
want [11]  4/20 15/7 21/21 24/18 31/17 34/18 41/7 42/24
  43/19 43/20 47/20
wanted [1]  43/13
was [33]  8/7 8/9 8/10 8/20 8/21 10/2 10/3 10/3 10/5 10/5
  10/24 10/25 11/1 16/4 16/15 22/2 24/8 24/9 27/6 29/8
  29/23 35/3 37/10 37/11 38/12 39/4 39/8 40/23 42/17
  44/9 45/20 47/22
Washington [3]  1/6 1/21 2/6
way [6]  3/18 13/15 21/1 24/14 49/6 49/22
ways [1]  44/18
we [56]
we believe [1]  33/16
we will [3]  33/8 33/14 33/17
we would [1]  47/2
we'll [8]  4/2 7/19 33/7 33/10 33/13 33/15 39/10 46/23
we're [28]  3/16 7/7 10/17 12/5 12/17 15/20 15/22 22/17
  29/11 32/15 32/17 34/2 35/24 36/1 37/12 41/3 41/8 41/9
  42/20 43/2 43/18 44/7 44/15 44/17 46/17 46/19 46/23
  49/2
we've [5]  16/3 17/9 23/9 24/22 25/3
weeks [1]  49/24
well [26]  4/15 12/22 14/11 18/9 18/10 18/22 22/12 23/10
  24/21 26/18 29/15 29/21 30/5 30/13 30/16 32/13 35/24

# W

well... [9]  38/8 38/22 40/17 41/5 42/8 43/9 44/1 44/22 48/8
went [1]  26/6
were [9]  9/18 11/2 11/3 15/12 17/11 22/8 35/4 35/5 42/10
weren't [1]  34/1
what [54]
what's [8]  13/5 18/10 18/20 19/17 21/4 22/19 23/2 37/19
whatever [5]  7/24 12/4 43/19 43/20 48/3
when [22]  4/22 5/18 6/3 7/5 8/7 8/12 10/1 18/10 19/5 24/8 33/15 38/8 39/5 39/7 40/6 40/13 43/2 45/6 47/8 48/25 49/8 49/13
where [8]  17/21 25/23 26/17 26/19 32/6 37/25 38/24 45/11
whether [7]  9/2 11/11 22/14 25/9 30/1 30/2 30/24
which [31]  3/19 4/19 4/20 4/21 5/21 8/10 8/11 9/5 13/24 14/4 16/9 17/8 18/12 20/10 22/18 23/9 23/17 23/19 26/1 26/22 27/13 35/16 38/23 39/7 39/25 42/19 44/18 45/12 45/20 47/7 49/10
while [4]  5/3 5/24 6/21 6/22
who [14]  7/14 7/15 27/11 31/10 32/22 34/5 41/25 42/1 43/2 43/3 43/3 44/19 48/1 48/3
who's [4]  14/5 30/12 42/1 44/18
whole [6]  5/15 12/16 12/17 17/19 35/1 37/12
whom [3]  7/6 19/3 33/21
why [14]  4/12 4/13 13/4 16/3 16/9 25/3 27/21 40/6 40/17 40/17 40/21 44/8 44/8 44/9
will [10]  17/18 33/8 33/14 33/17 34/23 35/21 39/17 44/13 46/4 47/14
William [4]  2/2 51/2 51/7 51/8
wind [1]  40/3
wish [1]  34/1
wishes [1]  31/20
withdrew [1]  45/6
within [3]  14/7 27/12 49/8
without [1]  44/10
won't [2]  40/15 45/22
words [6]  11/10 12/2 13/6 22/9 25/16 40/19
work [2]  49/4 49/22
workforce [1]  14/4
works [3]  9/2 9/10 49/5
world [2]  16/25 35/5
would [26]  6/7 7/9 7/25 9/13 9/15 11/21 12/8 17/12 17/25 26/11 26/19 28/23 30/16 34/2 34/9 36/18 36/19 36/21 38/23 41/23 42/16 42/17 42/19 46/12 46/21 47/2
wouldn't [3]  11/12 13/23 22/11
writing [1]  13/12
written [1]  16/12
wrong [3]  13/9 28/19 33/25

# Y

years [1]  44/11
Yes [13]  5/23 8/18 11/18 14/9 14/24 15/6 21/25 22/22 26/12 27/17 28/25 31/9 41/11
yet [1]  49/5
York [1]  1/16
you [123]

you know [40] ...
you'd [1]  32/4
you're [12]  7/10 10/13 11/22 12/20 15/8 29/9 32/11 37/23 39/5 46/19 47/9 47/10
you've [4]  13/6 13/11 29/14 48/18
your [95]
Your Honor [62]
yourselves [1]  49/23

# Z

Zaremba [4]  2/2 51/2 51/7 51/8